UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BILLIE THOMPSON as Personal Representative of the ESTATE OF DUSTY HEISHMAN<br>          Plaintiff, | ) ) ) ) | |
| vs. | ) ) | CASE NUMBER:<br>1:15-cv-01712-TWP-DML |
| CITY OF INDIANAPOLIS, INDIANAPOLIS DEPARTMENT OF PUBLIC SAFETY, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, OFFICER BRIAN BURNETT, in his individual and official capacities, OFFICER DONALD SPIEGL, in his individual and official capacities, OFFICER WILLIAM BUECKERS, in his individual and official capacities, PARK RANGER PHILLIP GREENE, in his individual and official capacities, MARION COUNTY SHERIFF'S DEPARTMENT, DEPUTY BILLY JOHNSON, in his individual and official capacities, HEALTH AND HOSPTIAL CORPORATION OF MARION COUNTY, MEDIC LANCE COPE, in his individual and official capacities, MARK BRITTON, and WILLIAM PATTERSON,<br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**PLAINTIFF'S REQUEST FOR HEARING ON DISCOVERY DISPUTE**

Comes now the Plaintiff, Billie Thompson as Personal Representative, by counsel of record, Scott L. Barnhart and Brooke Smith of Keffer Barnhart LLP, and hereby requests this Court to set this matter for a hearing in order to resolve a discovery dispute between the Plaintiff and the City of Indianapolis. In support of this Request, the Plaintiff states as follows:

1. On or about December 18, 2015, Plaintiff sent its First Request for Production of Documents to Defendant City of Indianapolis, which was returned by the City of Indianapolis on or about April 26, 2016. *See* Exhibit A (attached hereto).

2. In the Defendant's response to the Plaintiff's Request for Production of Documents, the Defendant objected to Request Numbers 12 and 13, asserting that the information requested

is protected under law enforcement investigatory privilege.  *See* Exhibit A (attached hereto).

3. The Defendant supplemented its objection with a Privilege Log, asserting law enforcement investigatory privilege over the IMPD IA Investigation Report and IA Commander's Summary for IA Investigation (IA 2014-094), IAPro Report (IA 2014-094), and Marion County Sheriff's Department IA Case Summary (IA 14-00084), which were not provided to the Plaintiff.  *See* Exhibit B (attached hereto).

4. On or about June 24, 2016, undersigned counsel attempted to resolve this matter informally by sending a letter to opposing counsel regarding the withheld documents and authority to support the Plaintiff's position that the asserted privilege does not apply to this matter and, to the extent it that privilege does apply, the request and needs of this matter overcomes that privilege.  *See* Exhibit C (attached hereto).

5. On or about July 14, 2016, the City of Indianapolis responded via letter, in which it continued to assert privilege and withhold the requested documents, relying on *Mickle v. City of Indianapolis*, 2015 WL 5098545 (S.D. Ind. 2015), to support its position.  *See* Exhibit D (attached hereto).

6. Importantly, in *Mickle*, at the time of the Court's decision, the only discovery at issue were handwritten notes made by investigators. *Id.* at *5.  Here, the City of Indianapolis has already turned over handwritten notes of investigators and has therefore waived any investigative privilege it may have had.

7. In light of the nature of the discovery dispute between the Plaintiff and the City of Indianapolis and the attempts to informally resolve this matter, a conference with this Court may assist the parties in reaching a resolution short of a Motion to Compel.

WHEREFORE, Plaintiff respectfully requests this Court set a hearing on the discovery dispute between the Plaintiff and the City of Indianapolis and for all other just and proper relief.

                                              Respectfully submitted,

                                              */s/ Scott L. Barnhart*
                                              Scott L. Barnhart, # 25474-82
                                              Brooke Smith, #32427-03
                                              Keffer Barnhart LLP

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon the following parties of record this 3rd of August, 2016, via U.S. mail, postage prepaid and/or personal service:

Kathryn Box
Pamela Schneeman
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204

Mary Ruth Feldhake
Philip Zimmerly
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204

Keffer Barnhart LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204
Office: (317) 857-0160
Fax: (855) 641-5311
E-mail: Barnhart@KBindy.com

John Kautzman
Andrew Duncan
Edward Merchant
Ruckelshaus, Kautzman, Blackwell
Bemis & Hasbrook
107 North Pennsylvania Street, Suite 900
Indianapolis, Indiana 46204

                                           */s/ Scott L. Barnhart*
                                           Scott L. Barnhart, # 25474-82