UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLIE THOMPSON as Personal Representative of the ESTATE OF DUSTY HEISHMAN<br>                          Plaintiff,<br><br>vs.<br><br>CITY OF INDIANAPOLIS, INDIANAPOLIS DEPARTMENT OF PUBLIC SAFETY, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, OFFICER BRIAN BURNETT, in his individual and official capacities, OFFICER DONALD SPIEGL, in his individual and official capacities, OFFICER WILLIAM BUECKERS, in his individual and official capacities, PARK RANGER PHILLIP GREENE, in his individual and official capacities, MARION COUNTY SHERIFF'S DEPARTMENT, DEPUTY BILLY JOHNSON, in his individual and official capacities, HEALTH AND HOSPTIAL CORPORATION OF MARION COUNTY, MEDIC LANCE COPE, in his individual and official capacities, MARK BRITTON, and WILLIAM PATTERSON,<br>                          Defendants. | CASE NUMBER:<br>1:15-cv-01712-TWP-DML |

**DESIGNATION OF EVIDENCE**

Comes now the Plaintiff, Billie Thompson, by and through counsel of record, Scott L. Barnhart and Brooke Smith of Keffer Barnhart LLP, and hereby submits her Designation of Evidence in support of her Response in Opposition to the Defendants' Motion for Reconsideration:

1. Plaintiff's response in opposition relies on the following evidence:

    a. Exhibit 1 – Deposition Transcript of Donald Spiegl;

    b. Exhibit 2 – Deposition Transcript of Billy Johnson;

    c. Exhibit 3 – Deposition Transcript of William Bueckers;

2. Plaintiff respectfully requests that this Court deny the motion and grant all other just and proper relief.

                Respectfully Submitted,

                */s/ Scott L. Barnhart*
                Scott L. Barnhart, Attorney No. 25474-82
                Brooke Smith, Attorney No. 32427-03
                Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of September, 2016, a copy of the foregoing Designation was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                */s/ Scott L. Barnhart*
                Scott L. Barnhart, #25474-82

Keffer Barnhart LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204
Email: Barnhart@KBindy.com
Phone: (317) 857-0160
Fax: (855) 641-5311