

# Indianapolis Metropolitan Police Department

## GENERAL ORDER 8.1

### PRISONER HANDLING, TRANSPORTATION AND ESCAPE

## POLICY

Prisoner handling and transportation are very important aspects of law enforcement. Prisoners must be treated humanely, with dignity, and must not be ridiculed, harassed, or mistreated in any way. As a matter of course, all prisoners should be monitored frequently by both the arresting and transporting officers to ensure their well-being. All members of Indianapolis Metropolitan Police Department are responsible for ensuring this policy is enforced.

> **NOTE** Nothing in this directive prohibits an officer from conducting a 'pat-down' search of any person for officer safety.

## DEFINITIONS

**Juvenile** - A person who has been captured, detained and held in confinement and who is under the age of eighteen and has not been waived to an adult court.

**MCSO** - Marion County Sheriff's Office

**Prisoner** - A person who has been captured, detained and held in confinement.

**Positional Asphyxia** - A condition in which an extreme decrease in the amount of oxygen in the body is accompanied by an increase of carbon dioxide which may lead to loss of consciousness or death.

**Restraint Device** - Equipment used to restrain the movement of a person in custody, such as handcuffs, flex-cuffs, waist chains, ankle chains, etc.

## PROCEDURE

I. **Prisoner Handling**

   A. Any officer making a custodial arrest or otherwise coming into control of a prisoner must make an immediate and thorough search of the prisoner, including footwear, and all property under the prisoner's control (bags, purses, backpacks, etc.) prior to transportation to a detention facility.

   B. When the individual in custody is of the opposite gender of the arresting officer, the officer may conduct only a "pat-down" search of the person and clothing for weapons or contraband.

      1. The arresting officer must request an officer of the same gender as the prisoner respond to the scene of the arrest to conduct the search.

---

**RICHARD A. HITE**
CHIEF OF POLICE

Supersedes IMPD General Order 8.1, Effective May 25, 2011.

Effective: APRIL 22, 2015

0985  Page 1 of 9

| 8.1 | **PRISONER HANDLING, TRANSPORTATION AND ESCAPE** <br> **GENERAL ORDER** |
|---|---|



    2. If an officer of the same gender is not available, the arresting officer must use the backside of their hand when searching the prisoner.

> **NOTE** An officer must conduct a prompt and thorough search of the prisoner before transporting the prisoner to a detention facility.

C. All prisoners must be handcuffed behind the back as soon as possible with the handcuffs double-locked.

D. Officers requiring transportation of prisoners or subjects, (e.g. arrests, CHINS cases, or immediate detention) are responsible for ordering appropriate transportation, including:

    1. MCSO Jail wagon (except CHINS cases);

    2. Victim Assistance Unit (CHINS cases);

    3. Ambulance; or

    4. Personally transporting the person to the appropriate facility.

E. Violent prisoners may have legs restrained by use of any appropriate restraint device, if available, or as authorized by an on-scene supervisor (e.g. officer deems it necessary for the safety of officers and the prisoner, or to prevent damage to vehicles, etc.).

F. Prisoners will be transported by MCSO jail wagons. If a jail wagon is unavailable, an IMPD vehicle shall be used.

G. The arresting officer is responsible for the preparation of all paperwork and necessary reports. The transporting officer will hand-carry the paperwork, if not submitted electronically by the arresting officer, to the place of detention and deliver it to the appropriate facility (receiving area, prosecutor's drop box, etc.).

II. **Prisoner Transportation**

A. Officers transporting, or assuming custody of a prisoner, must complete the following prior to transport:

    1. Promptly conduct a second, thorough search of the prisoner and all clothing, including footwear, and property (bags, purses, etc.).

    2. If the transporting officer is of the opposite gender of the prisoner, the officer must ensure that a thorough search has been made by an officer of the same gender as the prisoner, prior to transporting.

    3. If an officer of the same gender as the prisoner is not readily available within a reasonable amount of time, the prisoner can be transported to the appropriate detention facility after a "pat-down" search by the transportation officer. The detention facility staff must be advised that a thorough search of the prisoner has not been made.



**PRISONER HANDLING, TRANSPORTATION AND ESCAPE**
**GENERAL ORDER** | 8.1

B. Officers are prohibited from transporting any prisoner in any vehicle other than a department vehicle, unless being transported by an ambulance (refer to Section VIII).

   1. If an MCSO jail wagon is unavailable and an IMPD vehicle must be utilized, prisoners shall be handcuffed with hands behind the back, and the handcuffs 'double-locked.' The following measures shall also be taken to minimize the opportunity of exit or escape by the prisoner:

      a. The prisoner shall be placed in the passenger side of the rear seat away from the transporting officer;

      b. The prisoner shall be secured with a seatbelt with the officer 'locking' the seatbelt in place;

      c. The officer shall engage the 'Child Safety Lock' on the rear doors so the rear door may not be opened from the inside; and

      d. The officer shall engage the window lock so the prisoner is unable to roll down the rear windows.

   2. If prisoners are transported by a patrol vehicle, no more than two (2) adults or three (3) juveniles can be transported in one (1) vehicle.

   3. Prisoners must not be left unattended in any sedan-type patrol vehicle.

   > **NOTE** Prisoners are prohibited from riding in the front seat of any vehicle.

C. All prisoners must be transported directly to the appropriate detention facility (Arrestee Processing Center, Eskenazi Receiving Ward, etc.).

   1. The transporting officer shall not initiate or become involved with any vehicle pursuit while transporting a prisoner.

   2. Only where the risk to a third party is both clear and grave, and the risk of escape or injury to the prisoner is minimal should an officer stop to render assistance or take other enforcement actions.

   3. Transporting officers must remain at the facility and assist receiving personnel until the prisoner is secured.

D. The officer must notify Communications when preparing to transport any passenger in a police vehicle, other than a pre-approved ride-along passenger. This includes witnesses, victims, etc., as well as suspects or prisoners. The information relayed to dispatch shall include the reason for the transportation, the beginning location and mileage, and the final destination and mileage once the officer arrives at the destination.

E. Prisoners who were subjected to CS/OC or pepperball projectile must be taken directly to APC for treatment by medical staff without undue delay.

   1. The medical staff at the APC will evaluate the prisoner for any necessary treatment.

| 8.1 | **PRISONER HANDLING, TRANSPORTATION AND ESCAPE**  |
|---|---|
| | **GENERAL ORDER** |

2. The transporting officer must notify APC personnel upon arrival that CS/OC or pepper ball projectiles were used on the subject.

| NOTE | This policy shall in no way prohibit an officer from calling for medical assistance at the scene if the officer feels such medical assistance is appropriate and/or necessary. |
|---|---|

F. Officers transporting prisoners must not transport adult males, adult females, or juveniles together unless they are co-defendants in the same incident, or are transported in a police vehicle of such design that they are physically separated.

G. All individuals arrested for a crime or taken into custody and believed to be suffering from a mental illness must be transported in a separate compartment of the transportation vehicle away from other prisoners.

H. At the beginning of each duty shift, and prior to placing a prisoner in a transporting any vehicle, the transporting officer must visually inspect the vehicle's interior to ensure no weapons or other potentially hazardous materials are available to the prisoner.

I. The transporting officer has discretion to give permission to the prisoner to communicate with other individuals prior to transport.

   1. Safety aspects during transport require that the prisoner's ability to communicate with attorneys and others will not normally be permitted during the period the prisoner is being transported.

   2. However, there may be no physical contact and the conversation must take place in the presence of the officer.

J. After the prisoner has been delivered to the appropriate facility, the transporting officer must re-inspect the vehicle to ensure no weapons or contraband were left or hidden within the transportation vehicle by the prisoner.

III. **Positional Asphyxia**

A. Officers must be aware of the warning signs that could result in death by positional asphyxia. A subject placed on their chest or stomach, with the legs and arms restrained behind the back, may have difficulty breathing, leading to serious injury or death.

   1. Officers should avoid leaving any prisoner on their chest or stomach for any period of time longer than is absolutely necessary, regardless of the type of restraint used.

   2. The subject should be moved onto their side, allowing less interference with normal breathing, as soon as possible.

   3. The subject should then be carefully observed and medical assistance should be summoned immediately to evaluate the subject's health.

 **PRISONER HANDLING, TRANSPORTATION AND ESCAPE** 
**GENERAL ORDER**  8.1

B. The signs listed below, especially high fever and shivering, may indicate a state of hypothermia resulting from excited delirium, a potentially dangerous condition. If a subject is suffering from any of the signs listed below, and placed in a prone position that interferes with breathing, there is a greatly increased risk of positional asphyxia.

1. Bizarre, aggressive, violent behavior outside the norm;
2. Shouting and screaming, especially at inanimate objects;
3. Violence toward objects, especially glass;
4. Profuse sweating;
5. High fever;
6. Unexpected physical strength;
7. Thrashing after restraint;
8. Shivering;
9. Dilated pupils;
10. Hallucinations;
11. Paranoia;
12. Tightness or pain in the chest;
13. Nausea;
14. Shortness of breath; and/or
15. Known drug overdose.

C. Any detained subject exhibiting some or all of the above symptoms must be closely monitored, especially if maximal restraint is used. Officers must make sure the subject is alert, conscious and can sit and speak on their own before transporting.

> **NOTE** Obese subjects are more at risk for positional asphyxiation, but death can result from anyone being improperly restrained.

### IV. Transportation for Other Agencies

If there are no MCSO jail wagons available, IMPD may transport prisoners of other law enforcement agencies, businesses, or security personnel when the arrest occurs within the IMPD jurisdiction. It is the responsibility of the arresting officer to complete an OAR and required incident reports. In extreme situations an officer may be dispatched to transport prisoners from other law enforcement jurisdictions which will be determined by a shift supervisor.

### V. Adult Prisoners

A. All adult prisoners who do not meet the criteria set forth in Section VIII., must be received through the vehicle sally port of the Arrestee Processing Center (APC), 752 East Market Street.

B. Upon arrival at the APC, the transporting officer shall notify the APC Control Room/Operator via the call box. APC staff will inform the transporting officer when they are ready for the officer to bring the prisoner into the receiving area.

C. No vehicles will be allowed into or out of the APC vehicle sally port until all prisoners are inside the secured area.

---

**RICHARD A. HITE – Chief of Police**     APRIL 22, 2015      Page 5 of 9

| 8.1 | **PRISONER HANDLING, TRANSPORTATION AND ESCAPE** |
|---|---|
| | **GENERAL ORDER** |



D. No firearms will be allowed in the prisoner receiving area. Officers must place their weapon in the gun locker before unloading the prisoner. There are several firearm lockers provided in the sally port area and in two additional areas in the APC, if needed.

E. Prisoners should be handcuffed with their hands behind their back. Arrestee Processing Officers will remove restraining devices inside the secured area once the prisoner has been searched. Officers will receive their restraining devices back through the pass-through door. When the prisoner is turned over to the Arrestee Processing Officer, the transporting officer shall notify them of any known existing medical problems or security hazards.

## VI. Juvenile Prisoners

A. All juvenile prisoners, regardless of the charges against them, will be transported to the Receiving, Screening and Release (RSR) unit at the Juvenile Detention Center at 2451 N. Keystone Avenue.

B. Juvenile prisoners are received in the prisoner-unloading bay at the Juvenile Justice Complex. To transfer a prisoner to the Juvenile Justice Complex, officers must:

1. Use the call-box on the parking lot to have the overhead door opened;

2. Pull into the bay and turn the engine off, overhead door will be closed;

3. Place weapons in the lock-box; and

4. Unload prisoner and transfer to receiving personnel.

> **NOTE** Refer to General Order 1.17 – Juvenile Arrest Procedures, for further guidance.

## VII. Sick, Injured, or Disabled Prisoners

A. Sick, injured or disabled prisoners (adult or juvenile) must be transported to the Marion County Sheriff's Office Detention Ward at Eskenazi Hospital by ambulance or by the transporting officer if the following symptoms are present:

1. When the prisoner has lost consciousness or is unconscious;

2. When the prisoner cannot stand unassisted (except if caused by physical handicap);

3. When the prisoner has suffered a serious or life-threatening injury;

4. When complaining of physical injury or illness with observable symptoms, (e.g., bleeding, swelling, distorted limbs, vomiting, pale, clammy skin, or cramping);

5. When juvenile prisoners show any significant signs of impairment by drug or alcohol intoxication or when tested by Juvenile intake personnel, the juvenile has a .08 BAC or above;

6. When a juvenile prisoner was subdued by use of a Taser, OC, or CS; or

7. When a juvenile prisoner was involved in car accident (PD or PI); or



**PRISONER HANDLING, TRANSPORTATION AND ESCAPE**
**GENERAL ORDER 8.1**

8. When a supervisor or medical personnel determines it is necessary to transport the prisoner in an ambulance for the well-being of the prisoner or others (e.g., prisoner is suspected to be infectious or contagious and needs to be quarantined from others, or requires special attention provided by medical personnel).

> **NOTE** Officers must make notification to Eskenazi prior to bringing the prisoner to the Marion County Sheriff's Office Detention Ward.

B. If prisoners are transported by ambulance, arresting officers must consult with the medical personnel on the scene to determine the proper method of restraint within the ambulance to ensure security of the prisoner and protection of the ambulance personnel.

C. Ambulances transporting IMPD prisoners to a detainment facility must be followed by an officer in possession of the appropriate paperwork (OAR, Juvenile Fact Sheet, Immediate Detention Form, etc.). Upon arrival at the detainment facility, the officer must accompany the prisoner until properly received by a correction officer, deputy, or other authorized official.

D. If medical personnel on scene advise the prisoner can be transported by MCSO jail wagon, the Medic number, name and ID must be entered into the CAD and Transportation CAD. A prisoner only mildly ill, intoxicated or suffering minor injuries shall be transported directly to the APC by MCSO jail wagon to receive care by medical personnel at the APC. If the prisoner is evaluated at the APC and requires care beyond what can be provided, the prisoner will be transported to the hospital by Sheriff's personnel using an appropriate transportation vehicle.

E. If a prisoner is disabled and the disability prevents the use of a MCSO jail wagon for transporting the prisoner, the officer shall request a supervisor to assist in arranging appropriate transportation.

   1. The application of restraint devices on a disabled prisoner is governed by the subject's physical capabilities, the seriousness of the charges against the prisoner, and the threat level of the prisoner.

   2. Prisoners with disabilities may require special procedures. In these instances, the transporting officer shall:

      a. Ensure any special equipment required by the prisoner is transported along with the prisoner and request assistance when needed in order to make the transportation safe for both the prisoner and the officer;

      b. Request an ambulance to assist in transportation of the prisoner when medically appropriate; and

      c. Ensure that prosthetic devices are left with the prisoner only after being searched thoroughly for weapons and/or contraband.

F. If a prisoner arriving at a detention facility is determined to be medically unacceptable by the receiving officer due to illness or injury, the transporting officer must:

   1. Obtain a duplicate OAR or Juvenile Fact Sheet leaving the original at the detention facility;

   2. Allow the receiving officer to place the prisoner's thumb prints on both copies of the OAR.

| 8.1 | **PRISONER HANDLING, TRANSPORTATION AND ESCAPE**  |
|---|---|
| | **GENERAL ORDER** |

3. Immediately transport the prisoner to the Marion County Sheriff's Detention Ward at Eskenazi Hospital and present all necessary paperwork to the receiving deputy at the ward.

> **NOTE** If it is determined that the prisoner requires transportation by ambulance, it is IMPD's responsibility to provide escort for the protection of ambulance personnel.

### VIII. Personal Property

A. All personal property (except contraband), which would fit in someone's pockets, wallet, or purse, may be sent with the prisoner.

> **NOTE** No knives, mace, or any other item that could be a weapon will be accepted at the Juvenile Center.

B. Personal property, including belts and currency less than $500.00, must be packaged in heat seal or self-seal bags for transport to the Arrestee Processing Center.

C. An Arrestee Personal Property List form must be completed and placed inside the prisoner's property bag.

D. All large items (e.g., suitcases, bags, or boxes) must be placed in the Property Section under the category "safekeeping."

### IX. Reporting Procedures

A. A supervisor must be notified and the reporting officer shall include details in the narrative section of the incident report when:

1. A full arm and leg restraint is used;
2. Property is removed from an unconscious prisoner; and/or
3. There is a complaint of injury to either the prisoner or officers.

B. When an adult prisoner is sent to the Sheriff's Detention Ward at Eskenazi Hospital, prior to going to the APC, the original OAR will be presented to MCSO personnel by the transporting officer and the OAR will remain with the prisoner at all times.

> **NOTE** MCSO personnel will send a copy of the OAR to the APC. It will no longer be necessary for the arresting officer to transport a copy to the APC.

C. When a juvenile is delivered to Eskenazi Hospital for treatment before being sent to Juvenile, the transporting officer shall immediately fax a copy of the fact sheet to Juvenile Intake.

1. The Juvenile Receiving fax number is 327-8306.
2. The transporting officer shall immediately telephone Juvenile Receiving at 327-8780 to advise them of the fax and the juvenile's name.
3. A fax machine and telephone are available for use in the Eskenazi Emergency Room.



**PRISONER HANDLING, TRANSPORTATION AND ESCAPE**

**GENERAL ORDER**  **8.1**

### X. Prisoner Escape

In the event a prisoner or person in the control of Indianapolis Metropolitan Police personnel should escape from police custody, the procedure listed below must be followed:

A. The officer in control of the prisoner must immediately notify the communications center providing the location of the escape, direction and mode of travel, escapee's name, physical description, charges against the subject, and other appropriate information. (i.e., is the prisoner handcuffed, etc.).

B. Communications shall issue a general broadcast describing the escapee, location, direction of travel and offenses the escapee is charged with.

C. The officer's immediate supervisor must prepare an inter-department communication describing in detail the incident and circumstances contributing to the escape. This special report must be prepared within twenty-four (24) hours of the incident and distributed through the chain-of-command to the following:

   1. Chief of Police (original);

   2. Officer's division deputy chief; and

   3. Officer's district commander.

D. The officer last in control of the prisoner must include an account of the escape in the narrative section in an Incident Report.

   1. If the escape occurs before the transporting officer has left the scene of the prisoner transfer, the details may be included in the original Incident report by the arresting officer.

   2. If the escape occurs after the transporting officer has left the scene of the prisoner transfer, separate Incident Report must be created by the transporting officer.

> **NOTE** If a prisoner escapes from an MCSO Jail Wagon, an IMPD supervisor is not responsible for submitting any of the reports.

---

**RICHARD A. HITE – Chief of Police**            **APRIL 22, 2015**            0993 Page 9 of 9