UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLIE THOMPSON as personal representative of the ESTATE OF DUSTY HEISHMAN, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Case No.: 1:15-cv-01712-TWP-DML |
| CITY OF INDIANAPOLIS, INDIANAPOLIS DEPARTMENT OF PUBLIC SAFETY, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, OFFICER BRIAN BURNETT, in his individual and official capacities, OFFICER DONALD SPIEGL, in his individual and official capacities, OFFICER WILLIAM BUECKERS, in his individual and official capacities, PARK RANGER PHILLIP GREENE, in his individual and official capacities, MARION COUNTY SHERIFF'S DEPARTMENT, DEPUTY BILLY JOHNSON, in his individual and official capacities, HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, MEDIC LANCE COPE, in his individual and official capacities, MARK BRITTON, and WILLIAM PATTERSON, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## CITY/COUNTY DEFENDANTS' DESIGNATION OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants City of Indianapolis, Indianapolis Department of Public Safety, Indianapolis Metropolitan Police Department, Marion County Sheriff's Office, Officer Brian Burnett, Officer Donald Spiegl, Officer William Bueckers, Ranger Phillip Greene, and Sergeant Billy Johnson, by counsel, respectfully designate the following evidence in support of their Motion for Summary Judgment.

Exhibit A: Statement of Georgette O'Hara;

1

Exhibit B:    Statement of Alfonso Perusquia-Reyes;

Exhibit C:    Excerpts from Officer Brian Burnett's Deposition;

Exhibit D:    Video of the incident filmed by Gary Biggerstaff;

Exhibit E:    Excerpts from Sergeant Billy Johnson's Deposition;

Exhibit F:    Excerpts from Officer Donald Spiegl's Deposition;

Exhibit G:    Excerpts from Officer William Bueckers' Deposition;

Exhibit H:    Excerpts from Medic Lance Cope's Deposition;

Exhibit I:    Excerpts from Dr. Thomas Sozio's Deposition;

Exhibit J:    Officer Spiegl's Contention Interrogatories to Plaintiff;

Exhibit K:    Plaintiff's Second Supplemental Answers to Officer Spiegl's Contention Interrogatories;

Exhibit L:    Officer Brian Burnett's Taser Report;

Exhibit M:    Dennis Waller's Expert Report.

Respectfully Submitted,

_____/s/ Thomas J. O. Moore_____
Thomas J. O. Moore (32079-53)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: thomas.moore@indy.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2016, a copy of the foregoing served by electronic filing. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system  Parties may access this filing through the Court's system.

Scott L. Barnhart
Brooke Smith
KEFFER BARHART, LLP
230 E. Ohio Street
Suite 600
Indianapolis, IN  46204

Phillip Zimmerly
Mary M. Ruth Feldhake
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204

John F. Kautzman
Andrew R. Duncan
Edward J. Merchant
RUCKELSHAUS KAUTZMAN
BLACKWELL BEMIS & HASBROOK
107 North Pennsylvania Street
Suite 900
Indianapolis, IN 46204

          */s/ Thomas J. O. Moore*
        Thomas J. O. Moore (32079-53)
        Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968