# EXHIBIT L

IMPD IA2014-094 000409

| Seq # | Local Time [dd:mm:::yyyy Hr:min:Sec] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 964 | 25 Aug 2014 17:25:39 | Fire | 1 | 22 | 66 |
| 965 | 29 Aug 2014 22:07:32 | Fire | 1 | 20 | 66 |
| 966 | 30 Aug 2014 12:48:23 | Fire | 1 | 19 | 66 |
| 967 | 02 Sep 2014 16:22:08 | Fire | 1 | 22 | 66 |
| 968 | 03 Sep 2014 19:07:43 | Fire | 1 | 28 | 66 |
| 969 | 04 Sep 2014 16:27:03 | Fire | 1 | 24 | 65 |
| 970 | 05 Sep 2014 20:05:37 | Fire | 1 | 28 | 65 |
| 971 | 05 Sep 2014 22:43:20 | Fire | 1 | 24 | 65 |
| 972 | 06 Sep 2014 22:13:06 | Fire | 1 | 21 | 65 |
| 973 | 09 Sep 2014 17:40:45 | Fire | 1 | 19 | 65 |
| 974 | 10 Sep 2014 17:31:05 | Fire | 1 | 22 | 65 |
| 975 | 11 Sep 2014 17:46:16 | Fire | 1 | 20 | 65 |
| 976 | 11 Sep 2014 23:08:26 | Fire | 1 | 22 | 65 |
| 977 | 12 Sep 2014 16:35:06 | Fire | 1 | 18 | 65 |
| 978 | 13 Sep 2014 14:04:15 | Fire | 1 | 18 | 65 |
| 979 | 14 Sep 2014 13:12:04 | Fire | 1 | 19 | 65 |
| 980 | 18 Sep 2014 17:36:51 | Fire | 1 | 22 | 64 |
| 981 | 19 Sep 2014 19:52:16 | Fire | 1 | 20 | 64 |
| 982 | 20 Sep 2014 01:08:26 | Fire | 2 | 19 | 64 |
| 983 | 20 Sep 2014 17:33:42 | Fire | 1 | 24 | 64 |
| 984 | 21 Sep 2014 20:50:12 | Fire | 1 | 21 | 64 |
| 985 | 22 Sep 2014 13:13:56 | Fire | 1 | 20 | 64 |
| 986 | 23 Sep 2014 17:14:45 | Fire | 1 | 20 | 64 |
| 987 | 26 Sep 2014 22:46:26 | Fire | 1 | 23 | 64 |
| 988 | 27 Sep 2014 18:04:37 | Fire | 1 | 23 | 64 |
| 989 | 02 Oct 2014 17:43:03 | Fire | 1 | 26 | 63 |
| 990 | 05 Oct 2014 19:51:56 | Fire | 5 | 21 | 63 |
| 991 | 05 Oct 2014 19:52:01 | Fire | 4 | 21 | 63 |
| 992 | 05 Oct 2014 19:54:33 | Fire | 4 | 21 | 63 |
| 993 | 06 Oct 2014 17:11:54 | Fire | 1 | 18 | 62 |
| 994 | 07 Oct 2014 17:20:32 | Fire | 1 | 17 | 62 |
| 995 | 07 Oct 2014 20:12:24 | Fire | 1 | 20 | 62 |
| 996 | 08 Oct 2014 17:20:10 | Fire | 1 | 21 | 62 |
| 997 | 09 Oct 2014 17:27:48 | Fire | 1 | 17 | 62 |
| 998 | 11 Oct 2014 17:45:31 | Fire | 1 | 18 | 62 |
| 999 | 12 Oct 2014 11:51:12 | Fire | 1 | 19 | 62 |
| 1000 | 16 Oct 2014 17:12:39 | Fire | 1 | 18 | 62 |
| 1001 | 17 Oct 2014 20:49:18 | Fire | 1 | 19 | 62 |
| 1002 | 18 Oct 2014 21:34:15 | Fire | 1 | 19 | 61 |