UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLIE THOMPSON as personal representative of the ESTATE OF DUSTY HEISHMAN, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No.: 1:15-cv-01712-TWP-DML |
| CITY OF INDIANAPOLIS, INDIANAPOLIS DEPARTMENT OF PUBLIC SAFETY, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, OFFICER BRIAN BURNETT, in his individual and official capacities, OFFICER DONALD SPIEGL, in his individual and official capacities, OFFICER WILLIAM BUECKERS, in his individual and official capacities, PARK RANGER PHILLIP GREENE, in his individual and official capacities, MARION COUNTY SHERIFF'S DEPARTMENT, DEPUTY BILLY JOHNSON, in his individual and official capacities, HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, MEDIC LANCE COPE, in his individual and official capacities, MARK BRITTON, and WILLIAM PATTERSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF MANUAL FILING OF 1 CD

The City/County Defendants, by counsel, have manually filed a copy of a video recording introduced as Exhibit D in Defendants' Designation of Evidence in Support of Motion for Summary Judgment. This exhibit has not been electronically filed.

All parties are in possession of said video.

1

Respectfully Submitted,

_____*/s/ Thomas J. O. Moore*_____
Thomas J. O. Moore (32079-53)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: thomas.moore@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2016, a copy of the foregoing served by electronic filing. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system  Parties may access this filing through the Court's system.

    Scott L. Barnhart
    Brooke Smith
    KEFFER BARHART, LLP
    230 E. Ohio Street
    Suite 600
    Indianapolis, IN  46204

    Phillip Zimmerly
    Mary M. Ruth Feldhake
    BOSE McKINNEY & EVANS LLP
    111 Monument Circle, Suite 2700
    Indianapolis, IN  46204

    John F. Kautzman
    Andrew R. Duncan
    Edward J. Merchant
    RUCKELSHAUS KAUTZMAN
    BLACKWELL BEMIS & HASBROOK
    107 North Pennsylvania Street
    Suite 900
    Indianapolis, IN 46204

                                              */s/ Thomas J. O. Moore*
                                              Thomas J. O. Moore (32079-53)
                                              Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968