# INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT
## Internal Affairs Statement

THIS IS A STATEMENT OF GEORGETTE OHARRA BEING TAKEN ON TUESDAY OCTOBER 14TH, 2014 AT APPROXIMATELY 11:07A.M. THIS STATEMENT IS BEING TAKEN AT 7145 E. 21ST STREET, BY SGT. BRIAN GRABAN PURSUANT TO AN INVESTIGATION BEING CONDUCTED UNDER CASE NUMBER 14-094.

Q. Would you state your name and spell your last name for me please ma'am?

A. Georgette Oharra, O h a r r a.

Q. Ms. Oharra are you aware our conversation is being recorded?

A. Yes sir.

Q. Have I made any threats or promises to get you to speak to me today?

A. No.

Q. Can I have your date of birth please ma'am?

A. ▬

Q. And your home address please?

A. ▬

Q. And that's in Indianapolis?

A. Yes.

Q. And a phone number where you can be reached?

A. ▬

Q. And where are you employed ma'am?

A. Golden Living Center Brookview.

Q. Okay and is that where we are right now?

A. Yes.

Q. Okay and prior to starting our interview I explained to you the nature of my investigation correct?

A. Yes.

Q. And it has to do with an incident that occurred on October 5th of this year where you called 911?

A. Yes.

Q. Ma'am in your own words and as much detail as you can give me will you tell me what caused you to call 911 on October 5th of this year?

A. I called 911 because there was a belligerent man stripping in front of my grandchildren. He went completely nude. The neighbor girl tried to get him into her car but he wouldn't get in. Another gentleman tried to get him in he wouldn't go he started yelling go on and kill me, kill me, shoot me, shoot me, you're going to kill a naked man. Well when the man stripped all of his clothes off I yelled some not so much words because I have grandchildren in my front yard and this is a grown man and I you know just I yelled at him put your "f-ing" clothes on. My brother also yelled at him. He continued to jump up and down in the street. He went to a neighbor's house didn't knock on the door or anything he came back out and laid

in the middle of the street and said kill me, kill me go on and kill me. There was vehicles coming down the street. There was a black truck driven by Alonzo I know him to my ex-sister-in-law he jumped in his truck and was when the truck passed us he was in the back of it and I started screaming that the man is back of that truck and the guy was trying to you know he put on his brakes to see if he could just throw him off of it. He had a hold of it and kept hitting the window with his head and his hands. He went towards the Friendly Bar where he went into the bar fully naked. The Patrons took him out of the bar and then my nephew came and told me there was a naked man on S. East Street I went up there to make sure this was the same man because I wanted to let the officers know that that's the man that exposed himself to my children. I seen the cops there was three cops two of them was on his legs on the knees another one was on the mid-back and the other one was right behind his shoulder blades. The man was still fighting, carrying on and I'm like okay you got four big officers and the guy was still going at it with full force. The EMT's came all of a sudden the man went from very belligerent to knocked out and somebody said the EMT gave him something in order for them to get him on the gurney because that man had too much strength. I when I got there I said he's on something you're not going to tell me this guy is not on something when he's acting like this and I told the officer I said I am the one who called okay ma'am just stay right here we'll get your statement. I did not see no force with the police officers. I felt in my own opinion I felt that the officers done what they needed to do for the safety of themselves and plus the others that was out you know just watching.

Q.	So at what point did you call 911?

A.	When he stripped off his clothes.

Q.	In front of your house?

A.	Yes.

Q.	Okay and you live on Terrace correct?

A.	Uh-huh.

Q.	That's your address and you said your grandkids were in the front yard?

A.	Yes.

Q.	Okay did he try to do anything to the grandkids?

A.	No.

Q.	Okay, had you ever seen this guy before?

A.	No.

Q.	Did any of the neighbors (inaudible) to indicate that they knew who he was?

A.	He came out of the guy's house across the street which is Shawn he stated he doesn't know the guy from hell or high water and I said for one if you didn't know him why in the hell would you let him in your house and his niece was trying to get him in the car so she could just take him somewhere you know other than right here where small kids was and he wasn't going for it and then he just started stripping off.

Q.	You said it was his niece that would be Shawn's niece?

A.	Yes.

Q. Okay is she a grown woman?

A. Yes.

Q. Okay, this is not like he was trying to get a kid?

A. No, it was a grown woman.

Q. Okay.

A. And I seen where she was coming from because you know if she got him in the car she could take him drop him off somewhere I didn't care where just a long as he was off my street because of my grandchildren.

Q. But prior to October 5th you've never seen him before correct?

A. No.

Q. Okay, do you know Shawn's address off hand?

A. 718 E. Terrace Avenue.

Q. Okay and was he saying anything when he was taking his clothes off?

A. Go on shoot me, kill me, shoot me, shoot me, kill me.

Q. Did he say anything to you when you were telling him to get lost for lack of a better term?

A. No, no, it was just constantly their going to kill me, their going kill me, shoot me.

Q. Okay.

A. I mean because we really thought he was joking you know because he started taking off his shoes I'm like what the hell is wrong with this jerk and about that time he started unzipping his pants well there goes his jeans and the next thing his underwear and I'm like holy shit here's my grandkids out in the front yard and their like grandma in the house.

Q. Okay, how many grandkids did you have in your front yard?

A. Three.

Q. Okay and their names and ages please?

A. Nolan Parrish is 3 years old, Rebecca Lynn is 7 years old and Devon Clark is 6.

Q. Okay and he eventually ran away from your neighborhood did I understand you correctly?

A. Yes.

Q. Okay and did you follow him or did you stay at home?

A. No, I stayed at home because I was waiting on the police and then when my niece's boyfriend come and said that there was a naked man running down S. East Street I said take me down there because I knew in my heart it was the same guy and I wanted him off the street.

Q. And what's your niece's boyfriend's name?

A. I know him by Dougy.

Q. Dougy?

A. Uh-huh.

Q. Okay when he came back and you went with Dougy to East Street.

A. Yes.

Q. When you got to East Street what did you see?

A. I seen the police officer finally get him down on the ground and then the two cops on each leg and the one in the middle and the one on the mid-back.

Q. Okay, were all the officers in uniform?

A. Yes.

Q. Did you see any of the officers deliver any punches or kicks to him?

A. No.

Q. Did you see the officers use any weapons like a taser or chemical spray against him?

A. No.

Q. Okay, what was he saying to the officers?

A. Police brutality their going to kill me just go on and kill me, kill me, police brutality and I'm like the police was not using any force. I mean they had to use force but like I said that guy was still getting the police officer. I mean I really felt like this was a true case that you really have to use all of your force to even keep this man down with four big grown men that man was still.

Q. What was the officer saying to him?

A. Hold still.

Q. Anything else?

A. Uh-uh.

Q. Okay, was he obeying the officer's commands?

A. No.

Q. You said there were two officers at his legs correct?

A. Yes.

Q. What were they doing at his legs?

A. Trying to keep his legs so he couldn't get back up.

Q. And you kind of demonstrated with your hands.

A. Uh-huh.

Q. Pushing down would that be a fair assessment?

A. Yes.

Q. What they were trying to do. How about the officer that was at his back what was he doing?

A. Just had his knee on his back and the guy that had the one like on his shoulder blades kept telling him to lay still, lay still.

Q. So the two towards the upper part of his body just had their knees on him?

A. Uh-huh.

Q. Okay the one at his mid-back was he actually on top of him?

A. No he just had his knees on him.

Q. Okay, were you there when they got him handcuffed, did you see them put him in handcuffs?

A. Uh-huh.

Q. About how long do you think it took the officers from the time you arrived on the scene to get him into handcuffs?

A. A good 5 minutes.

Q. So he was fighting all the way?

A. Oh yeah.

Q. After he was in handcuffs what happened?

A. They just put him on the ground waited for the ambulance to come and then when the ambulance came they I don't know what they gave him they gave him something because when they put him on the gurney he was completely knocked out.

Q. You saw that?

A. I was-I saw them put him on the gurney. I did not see the EMTS administer anything.

Q. Okay.

A. But then later on the EMT supervisor and a fire truck did show up.

Q. So after he was in handcuffs you said they put him on the ground did his behavior change at all at that time?

A. No.

Q. What was he doing?

A. Just being very belligerent, trying to knock them off of him.

Q. The officers are still trying to control him?

A. Uh-huh.

Q. How were they doing that?

A. Just by with their knees.

Q. Kind of holding him down?

A. Yeah.

Q. So when did the ambulance arrive after he was in handcuffs about how much time elapsed?

A. Not very long as soon as the handcuffs were on the ambulance was there.

Q. Okay and you said you saw him on the gurney was all of this on the street or had they already got him to the back of the ambulance?

A. No all of this would've been on the street.

Q. On the street and I think you've eluded to this do you think the officers did anything that was inappropriate while dealing with this individual?

A. No I do not.

Q. Ms. Oharra is there anything you would like to add to your statement, anything that I failed to ask you that you believe is relevant to this investigation?

A. Uh-uh.

This concludes the statement of Georgette Oharra on 10-14-14 at 11:19a.m.