# INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT
## Internal Affairs Statement

THIS IS A STATEMENT OF BRIAN BURNETT A POLICE OFFICER FOR THE INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT TAKEN ON MONDAY OCTOBER 27TH, 2014 AT APPROXIMATELY 6:46P.M. THIS STATEMENT IS BEING TAKEN AT IMPD SOUTHEAST DISTRICT HEADQUARTERS BY SGT. BRIAN GRABAN PURSUANT TO AN INVESTIGATION BEING CONDUCTED UNDER CASE NUMBER 14-094.



Plf's Ex E
Witness B. Burnett
Date 7/27/16 RJS

Q. Would you state your name and spell your last name for me please sir?

A. Brian L. Burnett, B u r n e t t.

Q. Officer Burnett are you aware this interview is being recorded?

A. Yes sir.

Q. Would you state your age please?

A. Forty-two.

Q. And your appointment date to the Police Department?

A. July 22nd, 2002.

Q. What is your identification number please?

A. It's Radio number is Charles 582. Ident number of 20380.

Q. And what is your current rank?

A. Officer patrolman.

Q. And your present duty assignment?

A. Southeast late tact officer zone 20.

Q. What was your duty assignment and what were your shift hours on October 5th, 2014?

A. 1800 to 0230 hours Southeast late tact zone 20.

Q. Were you in full police uniform at the time of this incident?

A. Yes sir.

Q. Have you read and signed the Police Officer's Statement of Rights form?

A. I'm sorry?

A. Have you read and signed the Police Officer's Statement of Rights form?

A. Yes sir.

Q. Have you read Rules and Regulation Section IX, Sub-Section A. – pertaining to being truthful and cooperative with Internal Affairs?

A. Yes sir.

Q. Drawing your attention to a complaint on file with the Internal Affairs Office under case number 14-094, excuse me drawing your attention to an incident that occurred on October 5th, 2014 you understand that is why we're meeting here today is that correct officer?

A. Yes sir.

Q. It has to do with an incident that occurred involving a Dusty Heishman?

A. Yes sir.

Q. And as much detail Officer Burnett would you tell me your involvement with Dusty Heishman on that day?

A. I was dispatched to a person exposing. I believe it was originally in the 700 block of Weghorst or Terrace one of the two and on my way there I was coming from Garfield Park didn't really have much information other than that. I traveled north on East Street about 7 blocks away from where the individual was supposed to be I see a white male nude in the middle of the street at Iowa and East Street and several people were around him just outside of the bar right there at 1729 S. East. I get on the radio advised my backup and control where I'm at. As I go to get out of the car the nude white male is Mr. Heishman he starts coming at me and I could see that he was definitely under the influence of some type of narcotics. I assumed either we've had past experience some type of WET or Bath Salts by the way he was acting. I noticed that he did have blood on his hands. I don't know if he was bleeding from anywhere else at the time because at the time I knew it was with the way he was acting I was really watching his hands and trying to just calm him down or get some type of communication going with him, but he just wasn't responding. I asked him several times to sit down tried to get him to talk to me he just wasn't like I say he just wasn't with it. He almost sat down at one point and then he charge started charging at me at that point I pulled my taser and deployed the taser striking him in the uh, dead center on the chest and probably dead center of his stomach, at that point-at that point the taser was effective he fell to the ground. While he was on the ground it was coming to the end of the cycle and lot of things are going through your head because you know he's on narcotics. I have no backup he's not responding to what we were asking, but I've come to the end of that cycle so I made the decision to-to end the cycle. As soon as I ended the cycle he reached up pulled the wires off of the probes jumped back up attempted to get in my vehicle which I wasn't able to lock because he was coming at me so fast at the beginning. Thank god I had the key fob was able to lock the car before he got in it, at that time I started giving him some room I started backing away from the car and going around the back of the car and giving him some room hoping that one he may realize what's going on or-or also give my backup some time to get there because I knew this I felt this guy wasn't going to be responsive. I continued to give him orders and questions things of that nature. When he went around the car like I say there were several people out in the bar on both sides. As I'm backing up more uh, I was giving him orders he laid down. He actually did lay down face down. As I go to get on top of him to cuff him uh, I attempted to put some gloves on real quick because of the blood. As I'm trying to put a glove on he decided he wasn't going to get cuffed went to raise up at that point I tried to separate myself from him because like I said I didn't want to be involved in an altercation if we didn't have to be. He made distance again at that time I looked over at the two individuals to my left shoulder on the sidewalk civilians I believe the last name is Britton and Patterson I looked at them I said I need help and you know I didn't have no backup at that time they assisted. Initially they ran across the street and actually took him down on the ground well they got him on the ground. He actually we were trying to pin him down and hold him down until backup got there give him commands. He actually threw us off at one point jumped back up. He went down for a second time. I believe the second time he went down in the street. I went to my car and grabbed my baton because like I say when he came at me originally I didn't have time to grab it. We got him down the second time behind the car. I had his uh, left arm trying to well first I attempted I still had the taser. I pulled the taser out at one point and tried I was going to do another try and do a drive stun, but he was grabbing me and the taser was going off in the air you could hear it going off it wasn't making contact and I realized that was silly because one there's no way it's going to be effective with someone who's not-not feeling any type of pain compliance and then two uh, it didn't have probes on it so it's very difficult to control someone doing a drive stun, so I put the taser up. The way the gentleman was resisting and fighting and swinging he actually one-one of the civilians got-got behind him and had him wrapped around his uh, had his arm around his I guess neck, but I made sure he wasn't choking the gentleman. You know at times I'd look up and say hey don't kill him. The other gentleman I told him to get his other-get his other arm we need to get him cuffed. As Mr. Britton had him wrapped up I was holding him-holding

him down from the back Mr. Patterson was trying to get his right arm. At one point I like I say had my baton on me, but I could not get any angles to get a strike maybe like to the forearm or anything that would numb the arm, so at that point I just put the baton behind me down on the ground. I had one handcuff on him and once that one handcuff was on that left hand besides telling these gentlemen trying to watch these gentlemen themselves I mean to keep him down on the ground and making sure one he's not being choked, but also to make sure they stay on top of him. Once he had the handcuff on now I'm concerned about the uh, if he gets free he has metal on his hand that he can hit us with, so like I say we're trying to keep him down still giving him verbal commands nothing-nothing's responding and I'm trying to direct the two citizens that are helping to help me get him secure. I observed Mr. Britton strike him two times in the head when he was getting bit. The subject actually bit him in the hand and he struck me he said he would bite me. He struck him and then once his hand free you know I was like don't hit him for the fact that you know he's not feeling pain and I observed at that point Mr. Britton get elbowed in the face and his nose/face I mean it actually went almost like under on one of his cheeks. Mr. Britton almost let got at that point I actually grabbed Mr. Britton and put him back on the subject because like I say the uh, my main objective at this point was just to pin this guy down and-and keep him down until we got some help because if he got back up you know I think it was a lot more dangerous to everybody if he got back up and I made sure he wasn't being choked. I know that Mr. Patterson had delivered a few strikes to his ribs or onto the ribs, on the arm area on the right side. I can't tell you exactly where because of everything moving, but I instructed him you know hey, get his arm, get his arm. At that point um, I believe Officer Spiegl was the first officer to arrive to assist and he showed up. I asked him to grab the legs and I slid my baton or handed my baton one of the two so Mr. Spiegl had or Officer Spiegl had my baton and Officer Spiegl was taking care of the legs while I was asked for a second set of cuffs grabbed those just to make it a little easier to get a better if he had an opportunity to get that right arm under control. I actually lifted up the citizen Mr. Britton threw the cuffs underneath, grabbed them on the opposite side and then that's when Mr. Patterson was able to control the right arm finally and we were able to get him handcuffed. Even handcuffed this guy was still taking 3 to 4 and it might have been at that time when we got him handcuffed I believe Park Ranger Green had already showed up on the scene and helped assisting with the legs so I mean it wasn't an easy task. I mean it sounds easy but this gentleman was uh, under the influence where he was not feeling any pain-pain compliance, responding to any pain compliance. He uh, lifted 3 guys no 4 guys up and basically threw us off of him you know one time and almost did it a second time and once he was secured and enough officers arrived on the scene he actually for a brief moment tried or gave us a name it was very difficult to understand, but we were able to find out who he was. After several attempts he started calming down some. We went to get him up to put him in the wagon. As we're walking him to the wagon he uh, begins to just I guess freak out for lack of a better term kicking his feet out in front of him refusing to go into the wagon resisting continuously resisting. At that point we decided the best thing to do was to uh, we had already called for an ambulances one for the state he was in under the influence of some form of narcotic. He was bleeding from the hands like I say when I showed up I don't know if he was bleeding from anywhere else because that's what I was watching and then also for our citizens who were injured. I had one citizen like I say the gentleman Mr. Britton was bit once there while I was there and had his nose more than likely broke and then later that he was actually bit before I had even arrived on the scene where he...where this gentleman had altercations with before the officers arrived on the scene. I realized we couldn't get him in the back of the wagon by the way he was fighting and resisting. We put him on the uh, cot strapped him down at that point they took him back to the ambulance. He was uh, you know he was the uh, Mr. Heishman was uh, awake, alert at the time and he goes back to the ambulance I start gathering information from my citizens their injuries. The medics on the scene at that time I'm informed that uh, an individual driving a truck comes to me and says this individual jumped in the back of my vehicle several blocks down the road he's been riding in the back of my truck for about 5 minutes. I've been driving around in circles trying to throw him out of the back of my truck. He stated he had in the back of his truck he had a metal pipe and he also had an ax handle back there and he said that he picked up one of those items and actually smashed out the back window while he was driving and then and he picked him up somewhere around Weghorst or Minnesota or Terrace which is north of this incident, but yet he was coming from the south coming he was going northbound on East Street from south of the bar 1700 when he made the right hand turn onto Iowa when Mr. Heishman jumped out or fell out of the vehicle I don't know which one he did. I just know he came out of the vehicle. I was informed then by people in the bar that

once he came out of the vehicle he ran into the bar nude started some confrontation so they threw him out of the bar. When he came out of the bar Mr. Britton was outside smoking a cigarette he ran over to Mr. Britton and bit him on the forearm and then they started an altercation and then from that altercation some other bar people who had been in the bar came out and that's about the time I originally pulled up and saw all of the subjects out there. While I'm gathering information and hearing this stuff I hear one of the officers asked for a supervisor and myself to go the ambulance. I go to the back of the ambulance and when I go to the back of the ambulance I see that their um, giving him chest compressions and I found that once they gave him…I was informed that once they gave him….I was informed that once the medics gave him some type of medication that he actually coded there and that's why they were giving him chest compressions at the time.

Q. So where was Mr. Heishman when you first laid eyes on him?

A. He was in the middle of the street he was actually on the southbound lane of East Street right at-right at Iowa and East on southbound lanes with traffic flowing and several people out there and he was just I mean his movements he was bouncing around you know he was sweaty you know like I say he had blood on him, completely nude just not rational by any means, not reasonable and not responsive.

Q. Was he saying anything?

A. He actually yes actually he did say at one time um, either kill me or their going to kill me which I don't know who he was talking about.

Q. Did anybody seem like they were with him?

A. No sir.

Q. Okay, did you know this guy did you ever have any dealings with him in the neighborhood before?

A. No sir.

Q. Okay, did you try to engage him in conversation while you were still inside your police car?

A. No, no I had to get out because he was coming at me I mean I had to get out of my car. I mean when he saw the police car you could see him like moving around, moving around and then it was like he looks at me and just he saw the car he started coming at me, so that's one reason why when I was getting out of the car I keep my baton right on the inside of my door and also my flashlight I try to grab either one of them, but he was coming so quick I couldn't get it and I just wanted to get out of the car because I didn't want to be in the car and him you know maybe smashing the window. I knew what type of state I mean I could by the way he was acting in the past like I say I thought it was either wet or bath salts and-and I've seen people you know actually have the same type of dealings I'm dealing with an individual back in over the winter running down Raymond Street and actually jumped and ran over a car so I mean I didn't think he was going to be responsive, but I wanted to get away from the car at least get myself you know the opportunity to defend myself if that would be the case.

Q. When he came at you how did he do that?

A. Originally he started walking towards me and you could just see him he had this blank look on his face, he wasn't responding and he was walking towards me and but he's making me move back. I mean if I wouldn't have moved back I wouldn't have any time to speak to him, but I'm trying to give him orders, trying to give him orders and as soon as I get to like the back of my car he stops and like I say you know he-he well right before that actually at first he kept coming wouldn't respond you could see him he was just like I say bloody you know at times he had his fist closed, other times he had them open, but he just wasn't

it was an aggressive, very aggressive manner. I mean it wasn't you know he was just walking to he was coming at you.

Q. Walking or running let's put it that way?

A. I would say not running, but uh, a very I would say determined direction I mean he I guess the best way to put it is someone angry-angry and moving towards you and that's the best description?

Q. What verbal commands did you give him?

A. I told him several times I was the police. I told him he needed to sit down, get on the ground multiple times totally, totally just I mean he wouldn't respond. After being tased and he grabbed…jumped up you know obviously I told him to get down multiple times. I told him to back up and this is you know it was multiple this is throughout the time he was going all the way around the car giving him space, giving him space. While we were on the ground I tried to just pin him down and control him till other officers' get there. I told him several times to stop resisting, relax you know best you know we're just trying to get you secured you know multiple things were going on. I mean it was-it was uh, several minutes of-of trying to keep him down and get him handcuffed. I mean it wasn't -it wasn't um, you know something quick. I know several minutes don't sound long, but when you're struggling with someone it you know that takes a lot out of you.

Q. Did you have any physical contact with him before you deployed the taser?

A. No sir.

Q. Okay, how much time do you think elapsed before you went to the taser?

A. It was-it was I'd say within 10 seconds because he had closed that gap. I could tell that he was you know it was either I was trying to do the least amount of ….I just felt the taser was the best option at that time for the fact that you know I knew this guy was not going to feel any wasn't going to feel pain more than likely because of the narcotics so I think that at the time I was thinking if I would have to strike him or do some type of strike it uh, one he's not going to feel it, two it might make the situation worse and three and once you put hands on someone you sort of there's no going back after that so I felt if the taser would work which I was surprised it did work with the state he was in that would be the best alternative. I mean when he fell-when he fell and he didn't-he didn't strike his head and he fell I could actually see him fall on his back and actually his head was up, body was tense.

Q. Face down or?

A. He fell straight back.

Q. Straight back?

A. Yeah.

Q. How far away had he or how close did he get to you before you deployed the taser?

A. He got actually probably about-probably two feet from me and I actually had to take steps back to deploy to get the spreads.

Q. You said it worked initially he went down?

A. Yes it was effective, but then what goes through your head is you know he's on narcotics, you got go past the uh, I just got to do one cycle and see if he's going to respond now or do I hold him until I get back up

Q. here you know you don't want somebody to be on the taser that long. I mean all these things going through your head.

Q. What went through your mind when he pulled the probes out?

A. Uh-oh to be honest with you I mean.

Q. Okay, did you think you could handle him by yourself?

A. No.

Q. And I'm not questioning your abilities as a policeman?

A. No, no I'll be honest with you if I didn't get help from the citizens I believe either I'd been seriously hurt or I may have had to use deadly force on him it was that violent and he just was not responsive and the problem is if you have someone that doesn't respond to pain-pain compliance because their under a narcotic you know you're in a bad spot.

Q. So after he pulled them out you were starting to kind of keep distance from him did I understand you correctly?

A. Yes sir.

Q. Moving around the car as much as you could?

A. Yes.

Q. Was he still coming towards you?

A. Yes sir yes.

Q. The entire time?

A. Yes.

Q. Did he ever direct his attention towards anyone else?

A. He on the driver side um, like I say I exited the driver side he came at me he was tased he went down I made the decision at the end of the cycle I was going to shut it down for a second and try to give him like I say the verbal commands as soon he ripped them off he popped right back up he came at me some more I started backing up that's when he turned real quick and tried to get into my car thank god I had the fob. Did you ever see the blood marks on door handles where he raised up on them once he realized he couldn't get in them and he would turn and just look at people you know that were standing off to the right or left you know some of them videotape some just onlookers and then he turned back around drawing his attention towards me he starts walking around the car like I said I just was kept giving I walked all the way behind my car all the way to almost the uh, front passenger side door and like I said I'm trying to give my backup time, I'm trying to get through to this guy to say hey you know-you know we're here to help you just get on the ground you know, but he just wasn't doing it and when he did get on the passenger side of the car that's when he did go down the second time on his own. The first time he actually went down on his own and me looking back on it I um, I guess if maybe if weren't trying to get the gloves on so I wouldn't have the blood on me I may have been able to get him cuffed, but I don't think I would've even got him cuffed I mean.

Q. How long did he stay down?

A.   I couldn't get one glove on. I couldn't even get one.

Q.   So he wasn't down very long?

A.   No I mean I haven't uh, uh, started to put gloves on so I grabbed one out I was trying to put one on he decided to pop up and when he decided to pop up like I say I went to knee him just to and push him away just to get him away from me not to really strike him just to make the distance and separation because uh, uh, I didn't want him to where he could strike me or I'd have to strike him.

Q.   Was he saying anything to you at that time?

A.   I don't remember him really saying anything at that time.

Q.   Were you still giving verbal commands to him?

A.   I gave him verbal commands.

Q.   Is that when you asked for help from the civilians?

A.   Yes once he jumped up and he like-he like separated himself for a second and he started coming back and I looked over to my left at the civilians that's when I said I need help.

Q.   And how did they take him to the ground?

A.   Actually as soon as I said help I need help one of them actually ran across and just sort of wrapped him up and they both went to the ground. The other guy gets on top of him like I say they had him pinned down for a second. I go to my car to get my baton lock it come back he hops back up and he goes from basically that's Iowa on the west side now because Iowa is where it jogs a little bit he pops back up comes over to the middle of the street he goes back down behind the car in the middle of the street he never gets back up after that. We keep him down now he pops up several times moved both of us all around but.

Q.   Did he ever get back up to his feet after those guys tackled him?

A.   The first time yes.

Q.   Okay.

A.   Yes, the first time he was tackled on the west side of Iowa and East Street and he actually got back up for a second and then he went down a second time dead center of the street behind my vehicle.

Q.   So he was tackled twice by those men?

A.   Well yeah I mean and there's video on it. I think I seen at least 3 different videos one before I got there and then two different views of it.

Q.   That's when they got him the second got him down on the second is that when kind of reengaged him again?

A.   Yeah when he was down the second time like I say I went I had his left arm I was trying I got the cuff on the left arm and then you know it's not as easy as it sounds, but you know you're being thrown around, tossed around I had a knee actually driven into his um, shoulder trying to deaden that arm I guess or numb that arm so I could get more control of it and then I'm not only trying to watch this guy here and but I'm also trying to watch the guys helping me to make sure their helping more than hurting.

Q. That's what I was going to say were you in control of their actions?

A. Yes I mean like they would you know like I say when I saw the one guy hitting him in the face he hit him like I said he hit in the head a couple of times I said stop hitting him he doesn't feel it he goes he's biting me. I mean he told me he's biting me that's understandable.

Q. So I guess not under control but directing their actions would be a better statement?

A. Well.

Q. I mean do you think that was when you're rolling him?

A. Yeah I mean I was telling them to hold onto him, but I told like I say when Mr. Britton started to striking him in the head I told him don't hit him you know it's not going to help. I said just hold onto him and keep him down you know and you know I made sure that and then when he was like I'm going to choke him I said no don't choke him I said just keep him-keep it-keep it around him, but make sure you know I made sure you know there's a gap there as weird as that sounds I mean it's just happening fast, but you know you're able to check and Mr. Patterson like I say I know he delivered a few strikes in the rib area he was not responding at all. He actually struck-he actually struck Mr. Britton one time and you can see just off of that how Mr. Britton responded, but yet this gentleman didn't respond at all to any pain and then I told Mr. Patterson to control his right arm and at one point Mr. Patterson had his right arm pulled up to his head, but the way it was-was-was at there's no way we could get him handcuffed so then we had to try and get his arm pry his arm all the way back down and around so I mean that sounds easy, but it wasn't it took quite a while and but uh.

Q. Did you deliver any punches?

A. No sir.

Q. Any kicks?

A. Just the-the knee strike that didn't really strike the guy when he popped up off the ground before I asked for help just to separate him from myself.

Q. Now did you have your knee on his shoulder blades?

A. I'm sorry.

Q. Did you have your knee on his shoulder blades at all during the struggle?

A. I had my knee down in like his uh, I'm trying to remember how he was like I'm almost for sure actually two pressure I was putting them here but I'm sure.

Q. And you're pointing to your arm?

A. Yeah I'm sorry you have no video yeah I was trying to deaden the nerves or numb the nerves to like I say to have control of the arm, but once we got over yes I mean I had my knees over the top of his shoulder blades at some time just trying to keep him from popping up I mean you know we're trying to keep him down because if he gets back up he's I mean he can do anything.

Q. Were you guys ever piled on top of him?

A. Do you mean?

Q. Like all three of you guys on top of him where maybe breathing would be difficult anything like that?

A. No, I know Mr. Britton was on top of him but he was-he was actually flipping us and at one point I don't even know how he was flipping us because at one point he did it without his arms he actually brought his knees up and just raised his body because I had his left arm and his other arm was out in front of him or (inaudible) his head, but those are things I was even in the struggle and everything that was going on I was even though I asked for these citizens to help me you know I'm still you know it's I need to I guess do my best to make sure they don't do anything they shouldn't do you know they were assisting me, but you know if I saw them doing something that I thought you know it's not they weren't doing anything I would say bad, but and I understand he struck the gentleman in the head, but he's struck him for a reason he was getting bit.

Q. And they're not trained police officers.

A. Correct, correct so but I mean I didn't there's no reason like I say I informed him there's no reason like I say I informed them there's no reason to strike him and then when he (inaudible) I understand that he seemed to.

Q. Did Spiegl ever strike him?

A. I never saw it during the time you know on the video I heard the baton hit you know like a little just a smack on the legs, but if you look at it-it looks like really the tip of the baton is hitting the street more than it is him.

Q. And once you got him in handcuffs did his resistance level taper off, stay the same, how was he acting at that time?

A. Initially as soon he was handcuffed we still had to hold him down, but once I got him secured and once more officers got there I got the citizens away for multiple reasons one I had injured citizens, two they're not trained as we just talked about so we got the citizens away we just sort of held him down for a while. I mean because he wasn't responding and then he started calming down like I said he started it was very-it was very difficult to hear what he was saying, but he was breathing, he was talking to us, he was and he-he probably was talking I don't know what he was really saying, but he did give us a name very difficult, but we were able to figure it out.

Q. That was my next question was he in any physical distress at all?

A. Can you elaborate on that?

Q. I understand did the narcotic influence anything to indicate that he was having difficulty breathing or becoming a life threatening situation?

A. No other not becoming he was breathing heavy, but I mean you just you know all of us were breathing heavy. We were just involved in a several minute confrontation and this is a gentleman that was involved in a confrontation with multiple people throughout the neighborhood 3 to 4 minutes longer than the encounter he had with-with officers.

Q. Did you instruct Patterson to punch him in the ribs?

A. No.

Q. Or take his wind or anything along those lines?

A. No, I actually told him to stop hitting him because he's not-he's not going to feel it he told me to grab his arm.

Q. Were leg shackles applied?

A. Yes they were.

Q. And when did that occur?

A. Um, I believe those were applied after we got him up walked him over to the um, I believe so because when we walked him over to the back of the wagon which had pulled up really just almost close to where he was on the ground and right before we got him to the wagon like I say he put his feet up there and I'm thinking his feet were spread I don't think he had the shackles on then. I think they were applied after that when he was going either right before being put on the cot or right after the cot I think.

Q. Who moved him from the street to the wagon?

A. There were several officers I mean he wasn't.

Q. Do you remember who it was?

A. Myself I was there. I know obviously Johnson the wagon driver. I don't know who else was there because once he got started fighting I can't tell you who was holding onto him.

Q. He was resisting while you guys were walking him?

A. He wasn't walking I don't remember him really like walking but you know like okay you know I'm going to the wagon. When he got to the back of the wagon he freaked out and was like you know just legs out no I'm not going pushing away. He was actually his feet were on the back bumper leaning backwards pushing away on the wagon so I mean he was resisting fighting us.

Q. So it's not like you guys had to carry him from the street to the wagon?

A. No.

Q. Okay, when you were putting the handcuffs on him Spiegl was there you said he was at his legs?

A. Well I had one handcuff on him.

Q. Okay.

A. Before Officer Spiegl got there.

Q. Did Spiegl stay at the legs the entire time?

A. Yes.

Q. Okay how about Green?

A. Green he came from the south and came up I remember him coming off and standing this gentleman is actually his head was facing to the south, his feet was to the north and Green pulled up from the south came up and was on my-on the east side on the left side of me and I remember him asking me what do you want him to do want-wanted to us to do and I said I remember saying get his legs but I don't remember him really I mean I remember walking in the direction, but like I said this guy was moving and things. I believe

      like I said I didn't want to let go of the handcuff because if this guy starts swinging with a handcuff it will be bad and then I asked for a second handcuff and I believe that second handcuff came from Spiegl I could be wrong but like I say there was a lot of fighting you know we were hitting down there trying to you know he was resisting we're just trying to keep him down.

Q.   At the wagon were there any signs of life threatening distress?

A.   At the wagon no I mean the guy was still resisting, was um, I don't know ramped up you know screaming saying at that point he was like I remember him saying no, no, not wanting to go in the back of the wagon and was put actually had his feet on the wagon and was forced pushing back you know here we are trying to hold him in the air while he's forcibly pushing us back.

Q.   Did you see the medics deliver the injection to him?

A.   No sir.

Q.   Okay and you described his hands were bloody did you notice any other injuries on him?

A.   No like I said at the time because of his erratic movements and behavior and-and you know I just zoned in on his hands that's what we're trained I mean you know hands could hurt you and like I said I saw him (inaudible) and he'd clutch up his fist and sometimes he would just be sort of lock down his fingers and.

Q.   But you didn't notice any injuries on him?

A.   No, I just saw the…I saw the blood on them but I don't know where he was bleeding from.

Q.   Okay, were you injured?

A.   No sir.

Q.   Any officers injured?

A.   I found out later either the next day at roll call I believe Officer Bueckers was sent out to.

Q.   For medical care?

A.   Yes I don't know where W. Raymond Street.

Q.   Officer Burnett is there anything you would like to add to your statement, anything that I haven't asked you that you believe is relevant to this investigation?

A.   No sir.

This concludes the statement of Officer Brian Burnett on 10-27-14 at 7:12p.m.