# INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT
## Internal Affairs Statement

THIS IS A STATEMENT OF DEPUTY BILLY JOHNSON BEING TAKEN ON THURSDAY OCTOBER 23RD, 2014 AT APPROXIMATELY 8:08A.M. THIS STATEMENT IS BEING TAKEN AT THE OFFICE OF INTERNAL AFFAIRS 4134 N. KEYSTONE AVENUE, SUITE A BY SGT. BRIAN GRABAN PURSUANT TO AN INVESTIGATION BEING CONDUCTED UNDER CASE NUMBER 14-094. ALSO PRESENT IN THE ROOM IS CAPTAIN NEIL HOLDER OF THE MARION COUNTY SHERIFF'S DEPARTMENT.



Plf's Ex A
Witness B Johnson
Date 7/27/16 RJS

Q.   This is an administrative hearing Deputy Johnson and that is why Captain Holder is here and your Garrity rights have been extended to you is that correct?

A.   Yes.

Q.   Okay, would you state your name and spell your last name for me please sir?

A.   Billy Johnson, last name J o h n s o n.

Q.   Deputy Johnson are you aware this interview is being recorded?

A.   Yes.

Q.   Will you tell me your date of birth please?

A.   ████ 1979.

Q.   Okay and how are you employed sir?

A.   I am employed as the transportation deputy of the Marion County Sheriff's Office.

Q.   How long have you been with MCSD?

A.   A little over 8 years.

Q.   And what is a phone number where you can be reached?

A.   327-7755.

Q.   Okay and prior to starting our recording I explained to you the nature of my investigation is that correct?

A.   Yes.

Q.   It has to do with an incident that occurred on October 5th on East Street involving an incident with a Dusty Heishman?

A.   Yes.

Q.   Okay, Deputy Johnson and as much information as you can provide please tell me your involvement in the incident involving Dusty Heishman?

A.   I'm assigned to Southeast District as the wagon and I recall hearing a run come out for a naked male in the 700 block of E. Terrace Avenue and officers responded to the scene. I remember clear the first officer arrived was Brian Burnett Unit Charles 582. What struck me as kind of odd I've worked with Burnett for 6 years that I've been out driving the wagon for County. I work Southeast so I know him pretty well he's calm, collected, even keeled nothing really rattles him he keyed up on the radio for responding officers to step it up and he sounded like something was going wrong real bad so I started just rolling that way being a good beat buddy head that way in case you know something really gets out of hand. More officers mark on the scene and they quit responding to the radio as well. A short time later Sgt. Ed Miller arrived on the scene to just said we need a wagon here we have a resistor some of that sort. I was about 30 seconds out. I pulled up I noticed probably about 4 or 5 officers on top of a naked male and the first thing they asked for was a set of leg shackles because he was kicking and they were still having a difficult time with controlling him. We placed him in leg shackles and it was decided to try to put him into the wagon for officer safety and his safety because of his uncontrollable behavior and he wouldn't walk-he wouldn't walk so about four

of us tried to escort him back to the wagon and he had super elevated strength. Through my training and experience he was exhibiting signs of somebody who maybe had smoked PCP or some kind of hallucinogen. He got to the back of the wagon put his right leg on the back bumper and pushed all four of us almost onto the ground so at that time we just placed him on the ground and I looked at the sergeant and I said he's going to have to go by medic and the sergeant agreed. It just was to unsafe in his condition to put him in a cage in the back of a wagon and transport him and then try to get him out at the APC so for my safety and his safety a medic was summoned. I helped hold him down on the ground with other officers until the medics got there. I was kneeling down on his legs because he was still able to kick even with the shackles on and I had most of my weight on the back of his legs. He was still able to lift me up. I weigh in excess of 300 pounds out of uniform it's probably close to 330 with all the gear on. He was still able to turn his body side to side and he was real tense and you could feel is strength just even restrained in handcuffs he had elevated super elevated strength. He uh, he was on the ground for a few minutes when the medics got there. The first thing the medics did was they injected him with some kind of drug to knock him out it was a minute or two later he finally was out. We put him on the cot they wheeled him back to the truck. I stood around with officers up by my wagon and the scene where he was taken into custody. A few minutes later one of the officers inside the medic truck said we need to get back to the truck immediately to the ambulance both (inaudible) went running back there we thought he had woke up instead we looked inside and noticed they were doing CPR on him at that time more fire department personnel showed up and then they left for the hospital.

Q. How long have you been employed with MCSD Deputy Johnson?

A. Since 05-27-2006 a little over 8 years.

Q. Okay where was Dusty Heishman when you first arrived on the scene?

A. The intersection of East and Iowa on the west side he was in the middle of the road. There were like I said 4 or 5 officers trying to hold him down.

Q. Did you notice if any civilians were engaged with him at that time?

A. They weren't engaged. There was a civilian there I didn't get his name. He didn't really want to be involved too much but he looked at me and said my nose is broken and it was. I mean it looked like an S and he also had bite marks on one of his arms where the suspect had bit him and there was another civilian there who didn't appear injured that I was told I didn't witness him engage with him, but I was told he was assisting Officer Burnett in trying to keep the subject under control.

Q. Okay, do you know who the officers were who were engaged with Heishman when you arrived?

A. Burnett was there, Don Spiegl I think that's his last name I know he's been on forever in a day unit 244...Charles 244. There was a-there was a Park Ranger I can't remember his name he was there and I believe Bill Bueckers Charles 570 was there.

Q. Okay where were those officers positioned on Heishman?

A. One of them had his knee on his back, a couple of them were holding down his legs. I really can't tell you pinpoint which officer was exactly where, but that's what they were doing. I know they were attempting to hold him down and keep him on the ground.

Q. Were they piled on top of him?

A. No, no.

Q. Were they giving verbal commands to Dusty Heishman?

A.  Yes, they were talking to him trying to talk to him.

Q.  What were they saying?

A.  You know calm down your on you know listen to us and he wasn't responding. I do know he kept saying they're going to kill me or kill me something along those lines that's the only words I ever him say.

Q.  Okay, was he handcuffed when you got there?

A.  Yes.

Q.  Did you see any of the officers deliver any physical strikes against Dusty Heishman?

A.  No.

Q.  No punches?

A.  No.

Q.  No kicks?

A.  No.

Q.  Okay any restraint type pain compliance thing?

A.  No.

Q.  Did you engage him in the street?

A.  Yeah I went to pick him up and he kind went dead weight and limped and didn't really want to cooperate and so I came underneath his arms kind of like pick him up a little bit and get him to walk over which he did with limited assistance from the officers that's when he got to the back of the wagon and he tried to push off on the back step so that's when we put him back on the ground.

Q.  When were the shackles applied?

A.  Right when I first got on the scene because that's the first thing they asked for shackles.

Q.  Any difficulty getting those on?

A.  I handed them to an officer and they I think they applied them so.

Q.  You guys picked him up he's able to get to the back of the wagon how was he acting while you were walking?

A.  Very out of it like he was you know alter reality he like I said through my training and experience he exhibited signs of somebody who was definitely on a hallucinogenic. He was not responding to anything I was telling him. He wasn't even really acknowledged us it didn't seem like he was acknowledging the officers. Walking him back to the wagon he did say you know they're going to kill me, their trying to kill me or kill me. I definitely heard kill me I don't know if he said their going to kill me or go ahead and kill me, but I definitely did hear kill me.

Q.  Okay and he was able to walk from the point in the street to the back of the wagon?

A.     Yeah we got him over there yeah.

Q.     Okay, now you mentioned the kick out how were you holding him when he did that how did that occur?

A.     I came up underneath the arms just a little bit and kind of stood him up straight.

Q.     From behind him?

A.     Yes from behind.

Q.     What you're demonstrating?

A.     And I had two officers holding onto his arms.

Q.     Do you remember who those officers were?

A.     I know Matthew Coffing was there I can't remember who the other officer holding him was. I know Spiegl was there, but he wasn't holding him so we get to the back. There's three steps on my wagon there's a lower step and there was like a middle little step and then there's another kind of another step. The black bumper is what he put his....we lifted him and he picked it up and put his leg and foot up against it and pushed...he pushed into us I could feel that I felt that when (inaudible) to know when someone's deliberately does that and that's what that was.

Q.     Okay and you said you eventually put him on the ground how did that happen?

A.     We just I had a hold of him still as I was putting him on the ground so we just took him to the ground. It wasn't very hard.

Q.     You had control putting him down?

A.     Yeah, yeah.

Q.     Did you have to use any strikes or anything putting him on the ground?

A.     No not putting him on the ground no.

Q.     Okay did any of the other officers use strikes against him?

A.     If they did I did not see it.

Q.     Okay, after you sat him on the ground how was he acting at that time?

A.     He was still out of it super elevated strength, hard to control like I said he could contort his body and twist even with officers holding him down. It seemed he would almost do a 90 degree (inaudible) had his stomach and kind of look at us. We'd push him back down he still wasn't responding to us as we were trying to talk to him you know help is on the way we wouldn't get an answer out of him.

Q.     Okay, while you were waiting for the medics was anybody piled on top of him at the back of the wagon?

A.     No.

Q.     Okay what kind of force was used in there?

A.  Like I said I had my knees I put a knee on his leg and was kneeled down just holding him down although he could raise that up. I do know he started kind of flailing a bit and moving around and we would come out of our grasp. I gave him a strike in the common peroneal in the knee.

Q.  That was on the ground?

A.  Yeah and that one strike and that was it. The officers of Metro did try to use a wrist lock compliance because he was like I said slipping out of our grasp. He was fighting through what we were using and that was it.

Q.  Okay, did he ever give you any indication he was in any kind of physical distress?

A.  No the only thing like I said he said was their trying to kill me.

Q.  Was he handcuffed in front or in back?

A.  In back.

Q.  Okay, how long do you think it took for the medics to arrive on the scene eventually?

A.  Maybe (inaudible) minutes maybe they came from station 29 which is down the road from Garfield Park so it didn't take them to long to get there.

Q.  Okay where did they give him the shot?

A.  If I recall correctly it was in the upper left shoulder.

Q.  Still at the back of the wagon or did you get him in the ambulance?

A.  We were at the back of the wagon at this point.

Q.  Okay, you said it took about a minute for that to work?

A.  It seemed to be about a minute maybe two before he started calming down and then went out.

Q.  Okay he was still violent when the shot was administered?

A.  Yeah we yeah.

Q.  Okay, he started to calm down is that when you put him on the gurney or?

A.  We just kind of let him lay there let it kind of take effect and then once the medics were satisfied that he was completely out under the effects of the medication then so we assisted them and put him on the gurney.

Q.  Okay, who took him to the ambulance?

A.  Medics and I think an officer did.

Q.  Okay, you didn't?

A.  No.

Q.  Okay and the next thing you heard was that there was some type of a medical emergency?

A.  Well just get to the back of the it was over the radio they said get....they called for one of the supervisors they said get back here.

Q.  Did you ever assist with any kind of medical care?

A.  No it was there was already two EMT's, a rider I think with the EMT's and an officer inside that truck it was crowded.

Q.  Okay, so when was the last time you saw Dusty Heishman?

A.  I did sit on him at Methodist um, the Monday or Wednesday following that incident.

Q.  What do you mean you sat on him?

A.  He was in custody. I didn't-I didn't really sit on him we have to be present generally when they when a suspect's in custody in a hospital and it's not Wishard its Methodist so they like to have a deputy there.

Q.  Okay and that was just kind of like standing guard over him would that be fair assessment?

A.  Yeah, yeah.

Q.  Okay, what was his condition when you saw him at Methodist?

A.  Pretty bad he was on a respirator; feeding tube probably 6-7 IV's you know body's (inaudible) a device to keep his body temperature regulated.

Q.  Okay and what day was that again that you saw him?

A.  Wednesday.

Q.  Going back to the scene when you last saw him in the ambulance aside from the life support measures that were being done did he have any other injuries on him that were visible?

A.  Not that I could see on the scene. I know there was some blood he probably had a scraped up knee or two. He was naked he was on the ground so he probably had some road rash but nothing that really jumped out as oh he's got a big cut or he's got a big you know developing injury you know.

Q.  Captain Holder is there anything you'd like to ask?

(Captain Holder)

Q.  Yeah and this is only as far as your involvement not anybody else okay you at some point the ambulance is called.

A.  Yeah.

Q.  You said that the medics got there and the guy was highly agitating still pretty physically, aggressive?

A.  Yeah.

Q.  You said that they gave him a shot?

A.  Yeah.

Q. You said it took a minute for it to take effect is that it?

A. It seemed about a minute.

Q. Now as far as your involvement can you tell me about what you were doing within that minute and time?

A. We held him down so they could administer the shot safely.

Q. Where were you at that point?

A. I was at his legs.

Q. Still at his legs?

A. Yeah holding the legs down they administered the shot he started coming down a little bit, we kind of disengaged he didn't move he was still conscious, but we kind of just stood back and let the drug take effect and waited for the medics to feel safe to move him.

Q. Okay, the medics were watching him during this whole time?

A. Yeah, yeah.

Q. They were satisfied with the direction this was going at that point?

A. Yes, yes.

Q. The drug taking effect and all?

A. Yeah.

Q. Okay I don't have anything more.

(Sgt. Graban)

Q. Were any of the officers piled on top of Dusty Heishman while the shot was administered?

A. No.

Q. Okay, Deputy Johnson is there anything you would like to add to your statement, anything that we haven't asked you that believe if relevant to this investigation?

A. No I believe I've covered everything.

Q. Were you injured as a result of this?

A. No.

Q. Did you notice if any of the IMPD officers or Rangers were injured?

A. No.

Q. Okay anything else sir?

A. No that's it.

Q.	Okay.

This concludes the statement of Deputy Billy Johnson on 10-23-14 at 8:24a.m.