# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Local No 010193  EDR No 000000411266  State No _____

| Field | Value |
|---|---|
| 1. Decedent's Legal Name (First, Middle, Last) | DUSTY R HEISHMAN |
| 2. Sex | MALE |
| 3. Time Of Death | 13:29 |
| 4. Date Of Death | 10/13/2014 |
| 5. Social Security Number | [redacted] |
| 6a. Age-Yrs | 29 |
| 7. Date Of Birth | [redacted] |
| 8. Birthplace | SAN BERNADINO, IN |
| 11. Facility Name | INDIANA UNIVERSITY HEALTH METHODIST HOSPITAL |
| 12. City Or Town | INDIANAPOLIS, IN 46202 |
| 13. County Of Death | MARION |
| 14. Marital Status | Divorced |
| 16. Decedent's Usual Occupation | UNKNOWN |
| 17. Kind Of Business/Industry | UNKNOWN |
| 19. Residence - State | INDIANA |
| 19a. County | VIGO |
| 19b. City Or Town | BRAZIL |
| 19d. Zip Code | 47834 |
| 19e. Street & Number | 9958 N KNIGHTSVILLE STREET |
| 20. Decedent's Education | 9TH - 12TH GRADE; NO DIPLOMA |
| 21. Decedent's Hispanic Origin | NOT HISPANIC |
| 22. Decedent's Race | White |
| 23. Father's Name | GARRY RAY HEISHMAN |
| 24. Mother's Name (Prior To First Marriage) | BILLIE J THOMPSON |
| 24a. Mother's Maiden Last Name | THOMPSON |
| 25. Informant's Name | BILLIE J THOMPSON |
| 25a. Relationship To Decedent | MOTHER |
| 25b. Mailing Address | 9958 N KNIGHTSVILLE STREET, BRAZIL, IN 47834 |
| 26a. Method Of Disposition | Cremation |
| 26b. Place Of Disposition | AMOR CREMATORY |
| 26c. Location - City, Town, And State | INDIANAPOLIS, IN |
| 27. Name And Complete Address Of Funeral Facility | FORD & COLE FUNERAL AND CREMATION CARE, 3040 N CAPITOL AVE, INDIANAPOLIS, IN 46208 |
| Funeral Director's License | FH11000035 |
| 28. Signature Of Funeral Service Licensee | MICHAEL J. FORD , BY ELECTRONIC SIGNATURE |
| License Number | FD01000361 |

## Cause Of Death

A. COMPLICATIONS OF EXCITED DELIRIUM

B.
C.
D.

Part II. Other Significant Conditions Contributing to Death: PSYCHOTIC STATE (NATAL) RELATED CARDIOMYOPATHY, DISCHARGE BY ELECTRIC STUN DEVICE AND HISTORY OF GRANDMAL SEIZURE DISORDER

| Field | Value |
|---|---|
| 34. Date Of Injury | 10/05/2014 |
| 35. Time Of Injury | 19:44 |
| 36. Place Of Injury | STREET |
| 38. Location Of Injury - State | INDIANA |
| 38a. City Or Town | INDIANAPOLIS |
| 38b. Street & Number | 1700 SOUTH EAST STREET |
| 38c. Zip Code | 46225 |
| 40. Describe How Injury Occurred | DECEDENT WAS IN A STATE OF DELIRIUM RUNNING NAKED IN THE STREET AND LAW ENFORCEMENT WAS CALLED |
| 41. Signature Of Person Certifying Cause Of Death | ALFARENA T BALLEW, BY ELECTRONIC SIGNATURE |
| 43. Name, Address And Zip Code Of Person Certifying Cause Of Death | ALFARENA T BALLEW , 521 WEST MCCARTY STREET, INDIANAPOLIS, IN 46225 |
| 44. License Number | NONE |
| 45. Date Certified | 02/13/2015 |
| 48. Signature Of Local Health Officer | VIRGINIA A CAINE, VIA ELECTRONIC SIGNATURE |
| 49. For Registrar Only | JUN 19 2015 |

AMENDMENT TO CERTIFICATE OF DEATH (ENTRY OR ORIGINAL)

WARNING: ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTO COPIED.