# Robert J. Belloto Jr.

### R.Ph., M.S. (stats), Ph.D., CGP, BCPS, FASCP

22372 Lakeview Dr., Ste. D
Beavercreek, OH 45431-2566
(937) 830-0830
(937) 306-8480 Fax
rjbelloto@att.net
rbelloto@woh.rr.com

September 28, 2016

Scott L. Barnhart
Keffer Barnhart LLP
230 E. Ohio St., Ste. 400
Indianapolis, IN 46204-2160
(317) 857-0160
(855) 641-5311 Fax
Barnhart@kbindy.com

Re: *Thompson v. City of Indianapolis et al.*
  *Cause No.: 1:15-cv-0172-TWP-DML*

Dear Mr. Barnhart:

I have reviewed the AIT Laboratories toxicology report, the Depositions of Thomas J. Sozio, D.O. and Lance Cope, the Indianapolis EMS Report, and the Autopsy Report. I will start with the deposition of Mr. Lance. According to Mr. Lance, he administered 10 mg of midazolam into the deltoid muscle via an intramuscular injection. At the time, Mr. Heishman had his hands handcuffed behind his back and his legs shackled. Within one to two minutes of the injection, Mr. Heishman was subdued according to Mr. Lance (page 25 of his deposition).

Dr. Sozio states in his deposition that midazolam "should not cause death or any problems like that" (page 20 of his deposition). I (and the Food and Drug Administration) must respectfully disagree.[1] Midazolam has a boxed warning regarding its association with respiratory depression, respiratory arrest and a separate warning for cardiac arrest. Given the time frame involved, it is essentially impossible to exclude the midazolam injection from inducing Mr. Heishman's sudden collapse! In this instance, the drug was used as a chemical restraint on an already handcuffed and shackled individual and I state that any threat to law enforcement was minimal (if any at all) when the midazolam was injected. I am unfamiliar with Indiana law in this regard since I do not have a license to practice pharmacy in Indiana and thus, I will leave the use of chemical restraint research to you. Any dose that would be used for say delirium from an acute psychotic state should be minimal at best and the 10 mg dose used was an overdose. Since Mr. Heishman's drug therapy was unknown to Mr. Cope, he should have administered a lower dose since the likelihood of cardiac/respiratory arrest and etc. increases in individuals who are on other central nervous system depressants given higher doses of midazolam.[1] Thus, an appropriate dose would have been to start with 1 mg as most otherwise healthy patients will not need more than 5 mg and chronically ill patients will seldom require more than 3.5 mg. In short, an overdose of midazolam was given to Mr. Heishman. I cannot rule out any contribution due to him being on his stomach with at least one individual on top of him making it difficult to breath (the positional body restraint and the mechanical load of the individual(s)) which is also associated with respiratory arrest.

Mr. Cope also seemed to be assuming that Mr. Heishman was suffering from amphetamine induced excited delirium (page 29 of his deposition). Whether this was from Mr. Cope having knowledge of Mr. Heishman's urine drug screen or his own assumption is not clear to me. A positive amphetamine urine screen can be caused by antipsychotic drugs such as thioridazine and chlorpromazine which are central nervous system depressants and would again call for a reduced dose of midazolam.[2] I have seen no evidence that this positive test was confirmed by another analytical method. When dealing with an acute psychosis, one should assume that there still may be antipsychotic medication in the individual's system when administering other central nervous system depressants as the package insert for midazolam clearly states. If Mr. Cope is correct in that the protocol he cited does permit 10 mg initial doses of midazolam, firstly, that should be checked, and secondly, it should be revised.

Concerning your query as to how fast an intramuscular dose of midazolam would act, two minutes after intramuscular injection of a maximum of 5 mg of midazolam into the deltoid muscle, drug levels of 7 to 72 ng were measured in the serum in 4 of ten individuals.[3] The other 6 had no detectable levels. At five minutes, all ten subjects had detectable serum levels. Since his arms were restrained and this could change the orientation of the deltoid muscle, I cannot discount that the drug was accidently injected into a vein with subsequently faster pharmacological or toxicological effect. Drowsiness was maximal at about 30 minutes and all individuals could be aroused with those doses. The rapidity of the response should have been cause for immediate concern and once he was injected, he should have been continuously monitored and a pulse oximeter should have been immediately placed.

To a reasonable degree of pharmacological, toxicological and statistical certainty, Mr. Heishman's collapse was caused by an overdose of midazolam.

Sincerely,

*Robert J. Belloto Jr.*

Robert J. Belloto Jr.
R.Ph., M.S. (stats), Ph.D., CGP, BCPS, FASCP

References:

1. Midazolam [package insert]. Lake Forest, IL: Hospira Inc.; 2010.
2. Moeller KE, Lee KC, Kissack JC. Urine drug screening: practical guide for clinicians. Mayo Clin Proc 2008;83(1):66-76.
3. Alfonzo-Echeverri E, Troutman KC, George W. Absorption and elimination of midazolam by submucosal and intramuscular routes. Anesth Prog 1990;37:277-81.