## Narratives

| Title | Creator |
|---|---|
| Probable Cause | BRIAN BURNETT |

Narrative

STATE OF INDIANA, COUNTY OF MARION, SS:

PROBABLE CAUSE AFFIDAVIT




Defendant Name: DUSTY HEISHMAN

Location of Incident: 726 E. TERRACE

Arresting Officer / ID: BURNETT / 20380

Agency: Indianapolis Metropolitan Police Department

ON SUNDAY OCTOBER 5, 2014, AT APPROXIMATELY 7:45 PM, IMPD WAS DISPATCHED ON A PERSON EXPOSING AT 726 E. TERRACE STREET. OFFICER BURNETT WAS RESPONDING TO THE RUN NORTH BOUND IN THE 1700 BLOCK OF S. EAST STREET WHEN I OBSERVED A WM LATER IDENTIFIED AS DUSTY HEISHMAN DOB [redacted] COMPLETELY NUDE IN THE MIDDLE OF THE STREET RUNNING IN AND OUT OF TRAFFIC. I BROADCASTED THE NEW LOCATION AND AS I EXITED A FULLY MARKED POLICE CAR IN FULL UNIFORM, MR. HEISHMAN BEGAN TO CHARGE THIS OFFICER. I GAVE LOUD VERBAL COMMANDS TO STOP SEVERAL TIMES AND ATTEMPTED TO HAVE HEISHMAN SIT DOWN ON THE GROUND. THERE WERE SEVERAL PEOPLE OUT IN THE STREET, THAT HAD NOTICED MR. HEISHMAN NUDE AND OBSERVED HIS ERRATIC BEHAVIOR. HEISHMAN HAD BLOOD ON HIS HANDS AND BODY, REFUSED TO FOLLOW OFFICER'S DIRECTIONS AND CHARGED AT THE OFFICER IN AN AGGRESSIVE MANNER WITH CLOSED FIST YELLING, "THEY ARE GOING TO KILL ME". IT WAS IMMEDIATELY APPARENT TO THIS OFFICER HEISHMAN WAS HIGH UNDER THE INFLUENCE OF NARCOTICS AND WAS NOT IN A NORMAL STATE OF MIND. I WAS FORCED TO DEPLOY MY DEPARTMENTAL X-26 TASER, SERIAL NUMBER X00-442717, CARTRIDGE C41014AYX, STRIKING HEISHMAN IN THE CENTER OF HIS UPPER CHEST AND STOMACH AREA. HEISHMAN DROPPED TO THE GROUND GRABBING THE WIRES OF THE TASER. AFTER THE FIVE SECOND CYCLE, HEISHMAN PULLED THE WIRES OFF THE PROBES, JUMPED UP AND ATTEMPTED TO OPEN THE DRIVER'S DOOR OF OFFICER BURNETT'S PATROL VEHICLE. WHEN HEISHMAN COULDN'T GAIN ENTRY INTO THE POLICE VEHICLE, HE THEN TURNED TOWARDS OFFICER BURNETT AND BEGAN TO CLOSE THE DISTANCE TO THIS OFFICER FOR A SECOND TIME. I GAVE HEISHMAN SEVERAL LOUD VERBAL COMMANDS TO STOP, HE REFUSED AND CONTINUED TOWARDS MY POSITION IN AN AGGRESSIVE MANNER. I OFFICER BURNETT ASKED FOR ASSISTANCE FROM ON LOOKERS, WM MARK BRITTON DOB [redacted] AND WM WILLIAM PATTERSON DOB [redacted] ASSISTED IN ATTEMPTING TO TAKE HEISHMAN TO THE GROUND. HEISHMAN WAS WRESTLED TO THE GROUND FOR A BRIEF MOMENT, THEN WAS ABLE TO GET BACK TO HIS FEET, AND WAS FINALLY TAKEN DOWN TO THE GROUND IN THE MIDDLE OF 1700 S EAST STREET. WHILE ON THE GROUND MR. BRITTON WAS BIT BY HEISHMAN ON THE HAND AND ELBOWED IN THE FACE, POSSIBLE BREAKING THE NOSE OF BRITTON. MR. BRITTON STRUCK HEISHMAN IN THE FACE A FEW TIMES IN AN ATTEMPT TO STOP THE ASSAULT OF HEISHMAN. MR. PATTERSON GAVE HEISHMAN A FEW PUNCHES TO HIS BACK AREA IN AN ATTEMPT TO GAIN CONTROL OF HIS RIGHT ARM. MR. PATTERSON HAD INJURIES TO HIS LEFT KNEE AND RIGHT HAND. I OFFICER BURNETT WAS ATTEMPTING TO KEEP HEISHMAN ON THE GROUND AND HANDCUFFED HIS LEFT ARM, WHICH HE WAS STILL VIOLENTLY RESISTING. OFFICER SPEIGL C244 ARRIVED ON SCENE AND ASSISTED WITH TRYING TO GAIN CONTROL OF HEISHMAN LEGS. HEISHMAN WAS STILL RESISTING OFFICERS BY SWINGING HIS ARMS, USING HIS ELBOWS, AND FEET STRIKING OFFICERS AND CITIZENS. PARK RANGER GREENE PR519 ARRIVED ON SCENE AND BEGAN TO ASSIST OFFICERS WITH HEISHMAN. FINALLY HEISHMAN WAS HANDCUFFED, BUT CONTINUED TO DISREGARD OFFICERS COMMANDS TO STOP RESISTING, OFFICERS WERE FORCED TO SHACKLE HEISHMAN LEGS TO KEEP HIM FROM KICKING AT OFFICERS ANY FURTHER. OFFICERS ATTEMPTED TO PLACE HEISHMAN IN THE WAGON, BUT DO TO HIS VIOLENT BEHAVIOR AND CONTINUED RESISTANCE OF OFFICERS HE WAS STRAPPED TO THE BED OF MEDIC 29, EMS 1383 MEDTEC COPE, WHO ARRIVED ON SCENE TO TREAT BOTH CITIZENS AND HEISHMAN INJURIES. MR. BRITTON AND MR. PATTERSON WERE RELEASED BY MEDICS AT THE SCENE. ONCE HEISHMAN WAS SECURED, I WAS INFORMED BY A HWM ALFONZO PERUSQUIA-REYES DOB 8-1-1975, THAT HEISHMAN JUMPED IN THE BACK OF HIS 2002 BLACK FORD F150, INDIANA PLATE TK707LFG 2015 ISSUED, IN THE 700 BLOCK OF MINNESOTA AND PICKED UP A METAL PIPE AND BEGAN TO STRIKE THE BACK WINDOW OF THE VEHICLE. MR. REYES STATED HE DROVE AROUND FOR SEVERAL MINUTES IN FEAR OF HEISHMAN IN THE BACK OF HIS TRUCK, ATTEMPTING TO THROW HIM OFF OF HIS VEHICLE. HEISHMAN SHATTERED THE BACK WINDOW OF REYES TRUCK AND JUMPED OUT OF THE TRUCK BED IN THE 500 BLOCK OF EAST IOWA STREET, WHERE HE THEN RAN INTO THE FRIENDLY INN SALOON LOCATED AT 1729 S EAST STREET. HE WAS FORCED OUT OF THE BAR AND THEN ASSAULTED MR. BRITTON BY BITING HIS ARM WHO WAS STANDING OUTSIDE OF THE BAR SMOKING. MR. BRITTON STATED HE FORCED HEISHMAN TO THE GROUND JUST SECONDS BEFORE I ARRIVED ON SCENE AT IOWA AND EAST STREET. MR. HEISHMAN WAS COMPLETELY OUT OF CONTROL, NUDE, AND EXTREMELY AGGRESSIVE TO EVERYONE HE CAME INTO CONTACT WITH DURING THIS INCIDENT. HE WAS ARRESTED AND CHARGED WITH RESISTING LAW ENFORCEMENT X3, BATTERY X2, CRIMINAL MISCHIEF, AND PUBLIC NUDITY. HE WAS TRANSPORTED TO ESKANAZI BY MEDIC 29, FOLLOWED BY C244 OFFICER SPEIGL. C501 LT. FEENEY, C518 SGT. MILLER, AND C212 SGT. OSBORNE ALL RESPONDED TO THE SCENE. C220 OFFICER COOK ARRIVED ON SCENE AND TOOK PHOTOS. ALL THE ABOVE EVENTS OCCURRED IN MARION COUNTY, INDIANAPOLIS, IN.

I swear (affirm), under penalty of perjury as specified by IC 35-44-2-1, that the foregoing representations are true.

______________________
Law Enforcement Officer

DATED:______________

______________________
Judge, Marion Superior Court

______________________
Deputy Prosecuting Attorney
Nineteenth Judicial Circuit