

**INDIANAPOLIS EMS**

Created on: 10/5/2014
19:58:32
EIN: 1769929
Finalized: No

Incident Number: 141002329
Patient 1 of 1
Report Number:

### PATIENT

Heishman, Dusty 29 Years (Actual) Male 170 Lbs Ethnicity: Not Hispanic/Latino Race: White
Chief Complaint: Cardiac Arrest;

### COMMENTS

Dispatched to Iowa & East St for animal bite, IMPD requesting. Arrived on scene. Animal bite pt was with IMPD. Officer came over and said he needed us to take a look at another pt first that was being combative. Called for another unit for animal bite pt. Our pt was a 29 y/o/w/m, prone in middle of street, handcuffed behind his back with leg shackles on. Pt struggling/fighting with officers who were holding him down. IMPD states they were called b/c pt was naked in the streets, had broken a car window, was combative with officers when approached. Pt was tased in chest/abd by IMPD prior to our arrival. Skin p/w/d, breathing non-labored, +radial pulse. Gave pt 10mg Versed IM left deltoid as chemical restraint for patient and crew safety. Pt calmed down within a couple of minutes. EMS crew and officers picked pt up and placed on cot, turning pt onto back. Pupils fully dilated, non-reactive to light. Covered pt with blanket and moved to ambulance. On way to ambulance, it appeared that pt was no longer breathing but the darkness made it difficult to fully assess. Pt now in ambulance, carotid pulse absent and apneic. IMPD removed cuffs from pt's wrists. EMS removed taser barbs from pt's chest and abd. CPR began and marked as working arrest and requested manpower. NRB placed at 15lpm O2. Placed defib pads on pt, first monitored rhythm was asystole. Stopped CPR for reassessment, pt pulseless/asystole. CPR continued. 18g IV lock left AC, flushed with 10ml NS. 1mg Epi 1:10,000 IVP, flushed with 10mL NS. Stopped CPR for reassessment, pt has carotid pulse, sinus tach on monitor. BP 122/60, GCS 3. ALS emergent to Eskenazi, IFD driving and onboard. BVM ventilations with 15lpm O2. Medical alert to Eskenazi. IFD medic unsuccessful at intubating pt. Switched with IFD and intubated pt, confirmed with direct visualization, +BBS, -epigastric sounds, +EtCO2. Reassessment: skin p/w/d, BBS c/e, pupils dilated and non-reactive, pt tachycardic, BP 112/P, no resistance to ventilations. Arrived ED. Pt care/report to RN.

Pt unable to sign due to being unconscious.

### HISTORY

**ACTUAL**   **PERTINENT NEGATIVES**

Symptoms:  Mental Health: Other combative;
Allergies:  Medications: Unknown;
PMH:        General: Unknown;

| Medication(s) | Dosage | Frequency | Compliance | Comments |
|---|---|---|---|---|
| unknown | mg | /Hour | Unknown | |

### INJURY

Possible Injury   No

MRN: 019893197
HEISHMAN, DUSTY
019893197
DOB: ████████ Age: 29Y Sex: M Hosp Svc: E/
Adm Dr: NOT ASSIGNED, MD    Adm Date: 10/05/1

Created on: 10/5/2014 19:58:32     Incident Number: 141002329

file:///C:/Program%20Files/Medusa/Siren/PCR.htm                               10/5/2014

1° Cause of Injury: No Cause;

### VITAL SIGNS

| Time | Heart Rate | Respiratory Rate | BP-Systolic | BP-Diastolic | Pain | Pain: Visual | SPO2 | ETCO2 | Gluc | TEMP | GCS | Position | Done By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M-20:04:58 | 120 | 18 | | | | | | | | | E 4 V 2 M 6 12 | Prone | LC |

### INITIAL ASSESSMENT

|  | | ACTUAL | PERTINENT NEGATIVES |
|---|---|---|---|
| | Gen Assessment Time: | 10/5/2014 20:02:35, Abnormal | |
| | Location Patient Found: | Ground | |
| | Scene Findings: | No pertinent findings; | |
| | Barriers to Patient Care: | Physically Restrained; | |
| | Alcohol/Drug Use Indicators: | Not Known; | |
| | Level Of Consciousness: | Verbal; | |
| A | Airway Status: | Patent (Open); | |
| B | Breathing Signs: | Symmetrical Breathing; | No Gasping For Air/Labored; |
| | Breathing Quality: | Regularity: Normal; Effort: Easy/Normal; Depth: Normal; | |
| C | Skin: | Temperature: Normal; Color: Normal; Moisture: Normal; | |
| | Pulse: | Site: Radial; Rhythm: Regular; Strength: Strong; | |
| | Neck Veins: | Normal; | |
| D | Pupils: | (L): Reactivity: Non-Reactive; Quality: Dilated; (R): Reactivity: Non-Reactive; Quality: Dilated; | |
| | Behavioral: | Combative; | |
| | Loss of Consciousness: | No; | |

### VITAL SIGNS

| Time | Heart Rate | Respiratory Rate | BP-Systolic | BP-Diastolic | Pain | Pain: Visual | SPO2 | ETCO2 | Gluc | TEMP | GCS | Position | Done By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M-20:04:58 | 120 | 18 | | | | | | | | | E 4 V 2 M 6 12 | Prone | LC |
| M-20:10:28 | 0 | 0 | | | | | | | | | E 1 V 1 M 1 3 | Semi Fowlers | LC |

HEISHMAN, DUSTY
019893197
MRN: 019893197
DOB: Age: 29Y Sex: M Hosp Svc: EN
Adm Dr: NOT ASSIGNED, MD Adm Date: 10/05/
1427802853

Created on: 10/5/2014 19:58:32

Incident Number: 141002329

HEISHMAN, DUSTY
019893197
DOB: [redacted] Age: 29Y Sex: M Hosp Svc: EM
Adm Dr.: NOT ASSIGNED, MD   Adm Date: 10/05/14

| Time | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M-20:15:55 | 126 | 12 | 122 mmHG | 60 mmHG | | | | | E 1 V 1 M 1 3 | Supine | LC |
| M-20:22:34 | 126 | 12 | 112 mmHG | P; | | 19 | | : | E 4 V 5 M 6 15 | Supine | LC |
| P-20:27:03 | | | | | | 95 | | | | : | LC |

### ECG MONITOR

| Time | Leads | ECG Changes | ECG Type | Underlying Rhythm | Ectopy | Report | Comments | Done By |
|---|---|---|---|---|---|---|---|---|
| ECGInterp - 20:10:28 | Pads / Paddles; | Non-Diagnostic; | 4 | Asystole | | | | LC |
| ECGInterp - 20:20:28 | Pads / Paddles; | Non-Diagnostic; | 4 | Sinus Tachycardia | | | | LC |

### ASSESSMENT

| Start Time | Stop Time | Section | Item | Summary | Done By |
|---|---|---|---|---|---|
| 10/5/2014 20:05:45 | | Treatment | Medication Given | Drug Name: midazolam; Amount: 10; Unit: mg; Route: Intramuscular; ; Complications:None; Response:Improved; | Lance Cope |
| 10/5/2014 20:08:04 | | Treatment | Oxygen Therapy | Type: Non Rebreather; Rate: 15; ; Complications:None; Response:Unchanged; | Lance Cope |
| 10/5/2014 20:08:09 | | Treatment | Start CPR | Started; Complications:None; Response:Improved; | Lance Cope |
| 10/5/2014 20:10:30 | | Treatment | Stop CPR | Reason: Reassessment; | Lance Cope |
| 10/5/2014 20:11:32 | | Treatment | Start CPR | Started; Complications:None; Response:Unchanged; | Lance Cope |
| 10/5/2014 20:11:55 | | Treatment | IV / IO Access | Side: Left; Site: Antecubital; Size (G): 18; ; Complications:None; Response:Unchanged; Attempts:1;Successful:Yes; | Lance Cope |
| 10/5/2014 20:13:08 | | Treatment | Ventilation | Type: Adult Bag Valve Mask; Rate: 12; O2 Flow: 15; ; Complications:None; Response:Unchanged; | Pa: SO29 IFD |
| 10/5/2014 20:14:36 | | Treatment | Medication Given | Drug Name: epinephrine 1:10,000; Amount: 1; Unit: mg; Route: Intravenous; ; Complications:None; Response:Improved; | Lance Cope |

| Date/Time | Type | Action | Details | Provider |
|---|---|---|---|---|
| 10/5/2014 20:14:46 | Treatment | Medical Control | Hospital/Contact Name: Eskenazi; Reason: Medical Alert; | Lance Cope |
| 10/5/2014 20:15:32 | Treatment | Stop CPR | Reason: ROSC; | Josue Ceballos |
| 10/5/2014 20:19:42 | Treatment | Intubation | Type: Endotracheal Intubation ; Size: 7; Technique: Standard Laryngoscopy; ; Complications:None; Response:Unchanged; Attempts:1;Successful:No; | Pa: SQ29 IFD |
| 10/5/2014 20:20:14 | Assessment | Breathing Quality | Regularity: Other: pt being bagged; | Lance Cope |
| 10/5/2014 20:20:15 | Assessment | Pulse Status | Site: Carotid; Rhythm: Regular; Strength: Strong; | Lance Cope |
| 10/5/2014 20:20:16 | Assessment | Pupils | Right Reactivity: Non-Reactive; Right Quality: Dilated; Left Reactivity: Non-Reactive; Left Quality: Dilated; | Lance Cope |
| 10/5/2014 20:20:17 | Assessment | Skin | Temperature: Normal; Moisture: Normal; Color: Normal; | Lance Cope |
| 10/5/2014 20:20:18 | Assessment | AVPU | Unresponsive; | Lance Cope |
| 10/5/2014 20:22:26 | Treatment | Intubation | Type: Endotracheal Intubation ; Size: 7; Difficult Intubation Signs: Other: small amount of blood in airway; Technique: Standard Laryngoscopy; Checks: Direct Visualization, Equal Chest Rise, Negative Epigastric Sounds, Waveform ETC02 Confirmation; Tube Secured: Tube Holder; ; Complications:None; Response:Improved; | Lance Cope |

### VEHICLE(S)

| Agency Name | Agency Number | Shift | Unit Number | Unit Call Sign | Vehicle (EMS) Number | CMS Service Level | Vehicle Type | Primary Role of Unit | Station |
|---|---|---|---|---|---|---|---|---|---|
| | | B Shift | MD29 | | 1383 | | Ambulance | Transport | Station 29 |

### CREW

| Name | Crew Role | Crew Level | Position | ID Number | Registration | Crew Type | Current Crew |
|---|---|---|---|---|---|---|---|
| IFD SQ29 | | | Unspecified Crew | | | Paramedic | Yes |
| Ceballos Josue Armando | EMT | EMT Basic | Secondary | 1745-9089 | | | Yes |
| Cope Lance Curtis | Medic | EMT Paramedic | Primary | 5032-5156 | | | Yes |

Created on: 10/5/2014 19:58:32

HEISHMAN, DUSTY
019893197
DOB: ████ Age: 29Y Sex: M Hosp Svc: E/I
Adm Dr: NOT ASSIGNED, MD Adm Date: 10/05/1

Incident Number: 141002329

file:///C:/Program%20Files/Medusa/S... 10/5/2014

| | Time Odometer | Details | Complications / Misc |
|---|---|---|---|
| Incident Date / Time: | 10/5/2014 19:57:17 | Location Type: Street / Highway; Address 1: Iowa St & S East St City / Town: Indianapolis County: Marion State: Indiana Country: U.S.A. | HEISHMAN, DUSTY 019893197 DOB: Age: 20Y Sex: M Hosp Sys: EM Adm Dr: NOT ASSIGNED,MD Adm Date: 10/05/1 MRN: 019893197 1427802693 |
| PSAP: | | | |
| Dispatch Notified: | | | |
| Pre-Alert: | | | |
| Unit Dispatched: | 10/5/2014 19:57:04 | Dispatch Complaint: animal bite Code: 798b Type of Service Requested: 911 Response (Scene) Location Type: Street / Highway; Address 1: Iowa St & S East St City / Town: Indianapolis County: Marion State: Indiana Country: U.S.A. | |
| Enroute: | 10/5/2014 .00 mi 19:58:48 | Incident Number: 141002329 Response Mode: Lights and Sirens; Number of Patients: 1 | |
| Unit Cancelled: | | | |
| Arrive Scene: | 10/5/2014 .50 mi 20:00:15 | | Other Services at Scene: Fire; Police; Incident Zone: fd4; In Custody/ID: In Custody; |
| Arrive Patient: | 10/5/2014 20:02:06 | | |
| On Scene Transfer: | | | |
| Depart Scene: | 10/5/2014 20:17:18 | Transport Mode: Lights and Sirens; | Response Outcome: Treated - Transported ALS; |
| RL ETA: | | | |
| RL Alert: | | | |
| Arrive Destination: | 10/5/2014 5.30 mi 20:26:28 | Destination Type: Hospital; Receiving Facility: Eskenazi Hospital | |
| Care Transfer: | | | |
| Depart | | | |

Created on: 10/5/2014 19:58:32     Incident Number: 141002329

Destination:
Available:
Unit Back at Home:
Wheel Check:
Arrive Scene 1:
Arrive Scene 2:
Depart Scene 1:
Depart Scene 2:

MRN: 019893197
HEISHMAN, DUSTY
019893197 Age: 29Y Sex: M Hosp Svc: EMJ
DOB: Adm Date: 10/05/1
Adm Dr: NOT ASSIGNED MD
142780266S

## GENERAL

**Patient Personal Belongings:** Other: none;
**Condition of Patient at Destination:** Improved;
**Reason for Choosing Destination:** Patient Choice;

## CARDIAC ARREST

**Arrest Occurrence:** Yes, After EMS Arrival;
**Etiology:** Not Known;
**Resuscitation Attempted:** Attempted Ventilation; Initiated Chest Compressions;
**Arrest Witnessed by:** Witnessed by EMS;
**Estimated Time of Arrest prior to EMS Arrival:** Unknown;
**First Monitored Rhythm:** Asystole;
**Return of Spontaneous Circulation:** Yes, Prior to ED Arrival and at the ED;
**Cardiac Rhythm on Arrival at Destination:** Sinus Tachycardia;
**Date / Time Resuscitation Discontinued:** 10/5/2014 20:15:03;
**Reason CPR Discontinued:** ROSC (Pulse and/or BP);

## STATE DATA

**Agency Name:** Indianapolis EMS;
**Agency Number:** 0197;
**FDID Number:** E0197;
**Address Type:** Street;
**Vicinity:** Front of;
**Dispatched as ALS/BLS:** Dispatched as BLS;
**IDHS District Number:** 5;

## DEMOGRAPHICS

| | | |
|---|---|---|
| Last Name: Heishman | First Name: Dusty | Middle Name: |
| DOB: | SSN: | MedicAlert #: |
| Address1: | Address2: | City: |
| County: | State: | Zip: |
| Country: | Tel1: | Tel2: |

Created on: 10/5/2014 19:58:32                    Incident Number: 141002329

| | |
|---|---|
| **NECESSITY FOR SERVICE** | **CODES** |
| Position Patient Found: | Prone; |
| Patient Moved to Ambulance via: | Stretcher; |
| Patient Transport Position: | Supine; |
| Patient Moved from Ambulance via: | Stretcher; |
| Patient Required: | Oxygen; IV Maintenance; Cardiac Monitor; Medication; Suction; |

MRN: 019893197
HEISHMAN, DUSTY
019893197  Age: 29Y Sex: M  Hosp Svc: EMR
DOB:  Adm Dr: NOT ASSIGNED, MD  Adm Date: 10/05/1-
142262683

**SIGNATURE**

Primary Crew Name: Cope Lance

*[signature: L Cope]*

Created on: 10/5/2014 19:58:32          Incident Number: 141002329