

# Marion County Coroner's Office
521 W McCarty St, Indianapolis, IN 46225
Tel: (317) 327-4744; Fax: (317) 327-4563

Decedent: Dusty Ray Heishman
Age: 29
Sex: Male, White
Performed By: Thomas J. Sozio, D.O.

Case: MC-14-1254
Date: 10-14-2014
Time: 9:00 a.m.
Performed for: MCCO

☒ Autopsy        ☐ External Exam

## CAUSE OF DEATH

Complications of Excited Delirium

Contributing: Acute Methamphetamine Intoxication, Positional Body Restraint by Law Enforcement, Acute Psychotic State (Mania), Dilated Cardiomyopathy, discharge by Electric Stun Device, and history of Grand Mal Seizure disorder

## MANNER OF DEATH

Undetermined

Pl's Ex B
Witness Dr. Sozio
Date 8/2/16 RJS

_____  11/17/14
Thomas J. Sozio, D.O., Forensic Pathologist     Date

Reviewed by: Joye M. Carter, M.D., Chief Forensic Pathologist  11/17/2014

Decedent: Dusty Ray Heishman

Case: MC-14-1254

## ANATOMIC/CLINICAL FINDINGS

1. Multiple superficial abrasions to face, head, chest, upper extremities and lower extremities
2. Deep intramuscular hemorrhage to bilateral upper back (s/p positional restraint)
3. Status post taser deployment (x1) on 10/05/2014
4. Status post wrist, body, and ankle restraint while in police custody on 10/05/2014
5. Status post medical intervention
6. Positive urine drug screen on admission for THC and Methamphetamine/Amphetamine
7. Bilateral acute pneumonia
8. Severe cerebral edema with cerebellar tonsillar herniation
9. Medical history of schizophrenia, mania, and grand mal seizures (since childhood)
10. Postmortem comprehensive toxicology panel positive for drugs given during hospital stay (See AIT report)

Decedent: Dusty Ray Heishman

Case: MC-14-1254

A complete postmortem examination takes place on October 14, 2014 beginning at 9:00 a.m. The examination is being done at the request of the Marion County Coroner's Office.

IDENTIFICATION: The decedent has been positively identified as "Dusty Ray Heishman", a 29-year-old white male by his mother at the hospital.

CIRCUMSTANCES OF DEATH: According to the field deputy report, the decedent had a past medical history of manic schizophrenia, gand mal seizures, and was involved in a serious automobile accident in 2000. The decedent is on unknown medications. On October 5, 2014 at approximately 7:45 p.m. IMPD officers were dispatched to a person that was naked and running in the street. The offender ignored the officer's request and was tasered one time with an X26 taser. The offender broke the wires that were attached to the taser with the barbs still attached to the body. The offender was also biting an individual (private citizen) who also apparently struck the offender several times in his face to stop the biting. Other law enforcement and personal citizens helped restrain the individual who was put into wrist and ankle restraints. EMS arrived and administered 10 mg of Midazolam (Versed) intramuscular (IM) in the left deltoid region. The decedent was observed to become unresponsive shortly after receiving the medication. He was transported to Eskenazi Hospital with CPR in progress. A urine drug screen at Eskenazi Hospital was positive for Methamphetamine/Amphetamine and THC. A head CT showed no abnormalities. The decedent was discharged from Eskenazi Hospital to Methodist Hospital on October 6, 2014. The decedent underwent medical intervention but was pronounced nonviable at 1:29 p.m. on October 13, 2014 at Methodist Hospital.

Photographs of the decedent in the hospital are received and are reviewed prior to the start of the examination.

No photographs of the original scene are received or reviewed.

In attendance for the autopsy is Mark Prater (IMPD Homicide) and Marilyn Schaler (MCCO crime lab technician).

Prior to and during the examination, the crime lab technician takes blood for DNA standard, takes pulled head hair, swabs the right and left fingernails, takes photographic documentation of the external and internal areas of injury, and takes fingerprints.

A copy of the IMPD incident report is received prior to the examination and is reviewed.

Multiple partial medical records from both Eskenazi Hospital and Methodist Hospital are received and are reviewed prior to the start of the examination. Review of the medical records is significant for a positive urine drug screen for Methamphetamine/Amphetamines and THC. The blood ethanol level was negative.

Review of the medical records is also significant for a neurotelemetry report showing an abnormal EEG and a status epilepticus pattern.

A copy of the EMS report is received and is reviewed prior to the start of the examination.

A copy of the initial Eskenazi ER report is received and is reviewed.

Decedent: Dusty Ray Heishman

Case: MC-14-1254

A request for additional past medical records including his grand mal seizure diagnosis and any medications that he might be on is requested and received.

There are no taser marks identified on the decedent's chest or abdomen.

No x-rays are taken of the body.

The decedent has no personal property except a gray metal tongue ring which is found on internal examination and sent with the body to the funeral home after documentation on the property sheet. There is no clothing collected by the MCCO crime lab technician or kept at the MCCO.

## EXTERNAL EXAMINATION:

The decedent is received in an unsealed white body bag. The decedent is received unclad with a white hospital blanket present within the body bag.

Medical intervention to the body includes a peach colored medical circular disc behind the right ear with the date 10-13 written on it, a triple lumen central line present within the left subclavian space, a Foley catheter which contains approximately 100 cc of yellow dark urine within the urine housing, and IV catheter within the left antecubital fossa.

The endotracheal tube has been removed prior to the postmortem examination.

Rigor mortis is well formed in all extremities. Livor mortis is posteriorly located and has a blanching appearance. The body is cool to touch having been refrigerated. The body has a height of 72 inches and a weight of 178 pounds. The body is that of a tan muscular white male appearing the stated age of 29 years with evidence of superficial blunt force trauma which will be described in detail under the "Evidence of Injury" section.

The head is covered by short brown hair that measures up to 1/4 inch in length with partial male pattern balding. There is a 1 inch scar present within the upper forehead. There is a single piercing to the right ear with no earring present. There are two piercings to the left ear with no earrings present. There is some mucous present within the nares. The eye color is blue and have within them equal round pupillary diameters of 0.3 cm with no petechiae. Photographic documentation is taken of the superior and inferior conjunctiva of both the right and left eyes. The oral cavity contain natural dentition with yellow stained teeth. The upper and lower frenula are intact. There are no bite marks to the tongue. The tongue has the previously mentioned gray metal body piercing.

The body has multiple tattoos. There is a tattoo of the letters MAH present over the right neck. There is a tattoo of the number 13 1/2 present over the right shoulder. The right ventral upper arm has a tattoo of a symbol and a spray can. There is a tattoo of a naked lady present within the right ventral upper arm. There is a tattoo of a skull present within the right elbow area. There is a tattoo of the phrase "Dead and Done" present over the right wrist. The right dorsal forearm has a tattoo of a symbol. The left shoulder has a tattoo of a green symbol. There is a tattoo of a mushroom present over the left upper arm. There is a tattoo of an

Decedent: Dusty Ray Heishman

Case: MC-14-1254

eight ball and flames present over the left ventral upper arm. The left dorsal forearm has a tattoo of a symbol, a skull, and a tattoo of a symbol on the left 4th dorsal digit. There is a tattoo of a naked lady present on the left ventral upper arm. There is a tattoo of the letters TAM present over the right costal margin. There is a tattoo of the letters TRJ present over the left quadrant of the abdomen. There is a tattoo of a symbol and a face present over the left ventral shin. There is a tattoo of a symbol present on both the right and left dorsal aspects of the calves. There is a tattoo of a symbol present within the left upper back.

The neck has no evidence of ligature or furrow marks. There are no palpable supraclavicular lymph nodes. There is no audible crepitance or hypermobility upon palpation of the neck. Photographic documentation is taken.

The chest is symmetric with bilateral breasts having no mass or nipple discharge. The left chest hair is partially shaven or torn from an AED pad. There is no taser marks identified to the chest or abdomen. The abdomen has no evidence of penetrating trauma or surgical incision. The external genitalia are normal male with a circumcised penis and bilateral descended testes present within the edematous scrotal sac. The scrotal sac also displays drying.

The upper extremities are symmetrically formed and devoid of any fracture or dislocation. There are multiple superficial areas of blunt force trauma which will be described in detail under the "Evidence of Injury" section. There is a medical ID bracelet present on the left wrist with the decedent's name and the MRN: 71924396. The fingernails are short and dirty. The right hand is swollen.

The lower extremities are symmetrically formed and devoid of any fracture or dislocation. There is a 3 inch scar present over the right ventral thigh. There are the previously mentioned tattoos. There is no pedal edema. There is a coroner toe tag with the decedent's name Dustin Heishman and Deputy Coroner Lloyd Sprowl's name on it present around the first digit of the left foot. The toenails are short and dirty.

The posterior aspect of the body is significant for a scar present within the left upper neck area. There is no penetrating trauma identified to the back. The perianal ring is intact with no evidence of exudate or hemorrhage.

EVIDENCE OF INJURY

The body is significant for multiple superficial areas of blunt force trauma (mostly abrasions and a few contusions) to the face, head, chest, upper extremities, and the lower extremities.

The head is significant for two superficial abrasions present within the right upper frontal scalp near the hair line. There is a small area of ecchymosis and a superficial abrasion present lateral to the left eye. There are multiple superficial abrasions present within this area of ecchymosis. There is one superficial abrasion present within the left ventral forehead. There is an area of hypopigmented skin present lateral to the right eye. The oral cavity is significant for a superficial abrasion present on the left lower lip. There are two superficial contusions present on the inner aspect of the right lower gingival surface of the lip. There is a superficial abrasion present on the left parietal posterior scalp which is photographed as is, shaved, and is rephotographed.

Decedent: Dusty Ray Heishman

Case: MC-14-1254

There are superficial abrasions present over the decedent's sternum that is possibly from CPR. There are two superficial abrasions present within the left lateral chest. There is a superficial abrasion present over the left ventral upper quadrant of the abdomen.

The upper extremities are symmetrically formed and devoid of any fracture or dislocation. There are two superficial abrasions present on the right ventral forearm. There are multiple superficial abrasions present on the right distal ventral forearm and wrist. There is some glue residue present on the decedent's right ventral forearm. The right dorsal shoulder has a 1/4 inch abrasion. There are superficial abrasions present over the right dorsal elbow area. There is some hypopigmented scars present over the right dorsal forearm. There are two parallel horizontally oriented linear abrasions consistent with handcuff restraint marks present on the right dorsal distal forearm. These have a tram-track appearance. Photographic documentation is taken. There is a 1/16 inch abrasion present on the dorsal aspect of the right hand. There is a 1/16 inch abrasion present on the right dorsal 4th digit.

The left ventral forearm has multiple superficial abrasions. There are multiple superficial abrasions that range in size from 1/16 inch to 1/2 inch present over the left dorsal elbow area. There are some linear superficial abrasions that have a horizontal orientation to them consistent with handcuff restraint marks present on the left dorsal wrist area. These have a tram-track appearance. There are superficial abrasions present on the dorsal aspects of the left 3rd, 4th and 5th digits.

The lower extremities are symmetrically formed and devoid of any fracture or dislocation. There are superficial abrasions present over the right ventral thigh. The right ventral knee has a 1 x 1/2 inch superficial abrasion. There is a 2.5 x 1 inch superficial abrasion present over the right ventral knee. There is a 1/4 x 1/4 inch abrasion present over the right ventral shin. There are three horizontal tram-track shackle restraint marks present over the right ventral ankle area. There are multiple superficial abrasions ranging in size from 1/16 inch to 1/4 inch present over the right and left ventral ankles and areas of the feet from dragging. Photographic documentation is taken.

The left ventral knee has four superficial red abrasions ranging in size from 1/4 inch to 2 inches. There is a 1/2 x 1/2 inch red contusion present over the left ventral shin. The left dorsal ankle has a superficial abrasion.

An anterior layer-by-layer neck dissection is performed by the prosector revealing no evidence of intramuscular hemorrhage to the neck muscles or tongue. There are no fractures identified.

A posterior layer-by-layer neck dissection is performed revealing no evidence of fracture or trauma to the cervical vertebral column or neck muscles. There is no evidence of hemorrhage present within the deep or superficial paraspinal muscles of the bilateral upper neck.

The decedent's back is splayed opened and a long vertically oriented incision is made by the prosector exposing the right and left upper, middle, and lower back. There is a moderate amount of purple intramuscular hemorrhage present within the deep bilateral muscles of the upper back (posterior to the scapula) from positional restraint. This is photographed. Samples are saved in formalin.

The tongue is serially sectioned revealing no evidence of bite mark. There is the previously mentioned tongue ring identified.

Decedent: Dusty Ray Heishman

Case: MC-14-1254

The evidence of injury will not be further delineated or elaborated in the bulk of the report.

## INTERNAL EXAMINATION:

The thoracoabdominal region is explored through the usual "Y"-shaped incision. Upon reflecting the skin laterally and superiorly, there are areas of intramuscular hemorrhage present within the bilateral 6th anterior intercostal space and over the midline of the sternum (status post CPR). There is no sternal or rib fractures identified. There is no evidence of osteoporosis. Upon removal of the sternum, there is approximately 20 cc of clear serous fluid present within the bilateral pleural spaces and the pericardial sac consistent with bilateral pleural effusions and a pericardial effusion. There is no evidence of ascites. The internal organs maintain the usual anatomic relationships. The gallbladder and appendix are visualized in their normal anatomic location.

## ORGAN DISSECTION

HEART: The heart is intact and has a weight of 480 grams and has a globular and dilated appearance consistent with mild dilated cardiomyopathy. There is a small to moderate amount of fat present around the circumference of the heart. The coronary arteries arise normally in the aortic root and are widely patent throughout serial coronal sectioning. The left ventricular free wall measures 1.1 cm, the interventricular septum measures 1.4 cm, and the right ventricular free wall measures 0.4 cm. The conduction system is saved in formalin. The myocardium has no evidence of recent hemorrhagic scar or old myocardial infarction. Photographic documentation is taken of the heart on cut section showing the dilation of the cardiac chambers. The tricuspid valve measures 13.7 cm, pulmonic valve 9.6 cm, mitral valve 11.3 cm, and aortic valve 7.3 cm. The aorta is intact throughout its course and has no evidence of aneurysm or dissection.

LUNGS: The right and left lungs weigh 1370 and 970 grams respectively. The lungs display hyperinflation with the medial portions meeting within the anterior mediastinum. There is a mild amount of black anthracotic pigment. There are no adhesions, mass lesions, or palpable traumatic emphysematous change identified. There is severe bilateral basilar consolidation (lower lobes > upper lobes) consistent with acute pneumonia from being on a respirator in the hospital. The bronchi contain a large amount of white frothy edematous fluid. There is no evidence of thromboemboli. Serial section of the lungs reveals severe and diffuse pulmonary edema and congestion present within all five pulmonary lobes. Samples are submitted for histology.

LIVER: The liver is intact and has a weight of 2730 grams and has a red-maroon appearance with an appearance of chronic passive congestion with a "nutmeg" appearance. The gallbladder is distended and contains approximately 5 cc of green bile with no gallstones present. The bile is saved and frozen at the Marion County Coroner's Office. Serial section of the liver reveals no evidence of mass lesion or trauma.

SPLEEN: The spleen is intact and has a weight of 320 grams and displays white pulp expansion.

PANCREAS: The pancreas is intact and has a weight of 170 grams and displays no evidence of pancreatitis or mass lesion.

ADRENAL GLANDS: The right and left adrenal glands display well demarcated cortices and medulla.

Case: MC-14-1254

Decedent: Dusty Ray Heishman

GASTROINTESTINAL TRACT: The esophagus has no evidence of varices. The stomach contents consists of approximately 5 cc of clear murky fluid. There is severe gastritis present to the body of the stomach. There are no tablets, pills, capsules or food identified. The small intestine, large intestine and appendix are unremarkable. There is no evidence of mesenteric hemorrhage.

GENITOURINARY TRACT: The right and left kidneys weigh 210 and 240 grams respectively. The renal capsules strip with mild difficulty revealing focal benign nephrosclerosis consistent with hypertensive change. The bladder mucosa is tan and smooth. The urinary bladder contains no urine but multiple superficial areas of mucosal hemorrhage secondary to Foley catheter placement. The prostate gland is unremarkable. The bilateral testicles display hydroceles on cut section.

NECK: The strap muscles are intact and free of laceration and hematoma. The hyoid bone, thyroid and cricoid cartilage are intact and free of fracture. The larynx is opened from the posterior aspect revealing a large amount of white edematous frothy fluid. Upon rinsing there is no evidence of exudate or trauma. The thyroid gland is bilobed and is unremarkable upon sectioning. The underlying cervical spine has no evidence of fracture or trauma. The atlanto-occipital joint is intact.

HEAD: The scalp is opened via the usual bimastoidal incision revealing some internal congestion present within the left temporal/parietal scalp and the left temporalis muscle. Multiple superficial incisions are made into the internal congestion revealing no evidence of hemorrhage. The skull has no fracture. The skull is removed via an oscillating saw revealing no epidural, subdural or subarachnoid hemorrhage. The leptomeninges are clear and transparent and house the 1440 gram brain. There is severe cerebral edema with evidence of cerebellar tonsilar herniation. The brain is placed in formalin for proper fixation and will be dissected at a later date. The basilar skull is without fracture.

## GROSS EXAMINATION OF THE BRAIN.

### GENERAL.
The Cerebrum, brain stem and cerebellum are available for examination. The postfixation weight of the brain is 1400 grams. Portion of the most posterior aspect of the right occipital lobe and portion of the most anterior aspect of the left temporal lobe are missing because there were dissected when the brain was fresh. There is an artifact from saw in the posterior aspects of the brain.

### SUPERFICAL EXAMINATION
The external aspect of the brain is remarkable for flattening of the crown of the gyri with narrowing of the sulci in predominantly located at the convexity of the cerebral hemispheres. There is left uncal herniation and bilateral herniation of the cerebellar tonsils. No other significant changes are observed in the cerebellum. The cranial nerves are intact. The main vessels of the Circle of the Willis and basilar artery are unremarkable.

### EXAMINATION OF CUT SURFACES
Sequential coronal sections of the cerebrum show a well-defined gray/white matter junction. Diffuse flattening of the crown of the gyri and narrowing of the sulci are also confirmed in the sections. In general, there is poor fixation of the internal aspect of the brain. The centrum semiovale is normal. The corpus callosum is of normal thickness. The corpus striatum is unremarkable. The thalamus and other subcortical nuclei are normal. The internal capsule shows no focal lesions. The hippocampi are normal in size and symmetrical. The ventricular system is symmetrical and not dilated. Sequential transverse sections of the brainstem perpendicular to its long axis are examined. The substantia nigra and locus are normally

Decedent: Dusty Ray Heishman                                      Case: MC-14-1254

pigmented. The basis pedunculi are symmetrical. The basis pontis is unremarkable. The medulla displays normal inferior olives and symmetrical pyramids. Sagittal sections of the vermis and parasagittal sections of the cerebellum display normal folia and white matter and evidence of bilateral tonsillar herniation. The dentate nucleus is unremarkable.

OTHER
The spinal cord was submitted for evaluation.
Pictures are taken.
Some sections are kept in formalin.

SUMMARY
In summary, the brain has gross features compatible with severe cerebral edema to include flattening of the gyri, narrowing of the sulci, left uncal herniation and bilateral tonsillar herniation. There is no evidence of subarachnoid hemorrhage, subdural hemorrhage or epidural hemorrhage.

MUSCULOSKELETAL SYSTEM: The decedent's posterior neck and back are explored revealing the previously mentioned injury.

TOXICOLOGY: There is no admission blood available according to the field deputy report due to the length of the hospital stay. Review of the medical records reveals a positive urine drug screen for Methamphetamine/Amphetamine and THC. Samples of heart blood, urine from the Foley catheter, and vitreous humor from the bilateral eyes are submitted for a "Comprehensive Drug" panel. The bile is saved and frozen at the Marion County Coroner's Office. Other samples of organs are frozen at the Marion County Coroner's Office. See AIT Laboratories report.

HISTOLOGY: Representative sections of all major organs are retained in formalin.

BLOCK REVIEW

1. Heart, left ventricle--focal nucleomegaly and cellular hypertrophy consistent with hypertensive change
2. Right lung, lower lobe and left lung, lower lobe--severe acute inflammatory cells within intraalveolar space consistent with severe acute pneumonia
3. Liver--sinusoidal congestion and portal triaditis

TJS/wjpl

Note: Representative tissue sections and specimens for the case will be retained in formalin for one year and then discarded, unless requested otherwise or a homicide.