# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Local No: 010193　　EDR No: 000000411266　　State No: _____

| Field | Value |
|---|---|
| 1. Decedent's Legal Name (First, Middle, Last) | DUSTY R HEISHMAN |
| 1b. Maiden Name (If female) | |
| 2. Sex | MALE |
| 3. Time Of Death | 13:29 |
| 4. Date Of Death (Month/Day/Year) | 10/13/2014 |
| 5. Social Security Number | [redacted] |
| 6a. Age-Yrs | 29 |
| 7. Date of Birth | [redacted] |
| 8. Birthplace (City and State or Foreign Country) | SAN BERNADINO, IN |
| 11. Facility Name | INDIANA UNIVERSITY HEALTH METHODIST HOSPITAL |
| 12. City Or Town, State And Zip Code | INDIANAPOLIS, IN 46202 |
| 13. County Of Death | MARION |
| 14. Marital Status at Time of Death | Divorced |
| 16. Decedent's Usual Occupation | UNKNOWN |
| 17. Kind of Business/Industry | UNKNOWN |
| 18. Residence-State | INDIANA |
| 18a. County | VIGO |
| 18b. City Or Town | BRAZIL |
| 18d. Zip Code | 47834 |
| 19. Street And Number | 9958 N KNIGHTSVILLE STREET |
| 20. Decedent's Education | 9TH - 12TH GRADE; NO DIPLOMA |
| 21. Decedent's of Hispanic Origin | NOT HISPANIC |
| 22. Decedent's Race | White |
| 23. Father's Name (First, Middle, Last) | GARRY RAY HEISHMAN |
| 24. Mother's Name (First, Middle, Last) | BILLIE J THOMPSON |
| 24a. Mother's Maiden Last Name | THOMPSON |
| 25. Informant's Name | BILLIE J THOMPSON |
| 25a. Relationship to Decedent | MOTHER |
| 25b. Mailing Address | 9958 N KNIGHTSVILLE STREET, BRAZIL, IN 47834 |
| 26a. Method Of Disposition | Cremation |
| 26b. Place Of Disposition | AMOR CREMATORY |
| 26c. Location-City, Town, And State | INDIANAPOLIS, IN |
| 28. Was Coroner Contacted? | Yes |
| 27. Name And Complete Address Of Funeral Facility | FORD & COLE FUNERAL AND CREMATION CARE, 3040 N CAPITOL AVE, INDIANAPOLIS, IN 46208 |
| Funeral Home License Number | FH11000035 |
| 29. Signature of Active Funeral Service Licensee | MICHAEL J. FORD, BY ELECTRONIC SIGNATURE |
| License Number | FD01000361 |

**Cause Of Death**

A. COMPLICATIONS OF EXCITED DELIRIUM
B.
C.
D.

Other Significant Conditions Contributing to Death: PSYCHOTIC STATE (NATIVE), RELATED CARDIOMYOPATHY, DISCHARGE BY ELECTRIC STUN DEVICE AND HISTORY OF GRANDMAL SEIZURE DISORDER

| Field | Value |
|---|---|
| 34. Date Of Injury | 10/05/2014 |
| 35. Time Of Injury | 19:44 |
| 36. Place Of Injury | STREET |
| 38. Location of Injury-State | INDIANA |
| 38a. City or Town | INDIANAPOLIS |
| 38b. Street & Number | 1700 SOUTH EAST STREET |
| 38d. Zip Code | 46225 |
| 40. Describe How Injury Occurred | DECEDENT WAS IN A STATE OF DELIRIUM REPORTEDLY NAKED IN THE STREET AND LAW ENFORCEMENT WAS CALLED |
| 41. Signature Of Person Certifying Cause Of Death | ALFARENA T BALLEW, BY ELECTRONIC SIGNATURE |
| 43. Name, Address And Zip Code Of Person Certifying Cause Of Death | ALFARENA T BALLEW, 521 WEST MCCARTY STREET, INDIANAPOLIS, IN 46225 |
| 44. License Number | NONE |
| 45. Date Certified | 02/13/2015 |
| 49. Signature of Local Health Officer | VIRGINIA A CAINE, VIA ELECTRONIC SIGNATURE |
| For Registrar Only | JUN 19 2015 |

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTO COPIED.