IMPD IA2014-094 000096

# INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT
## Internal Affairs Statement

THIS IS A STATEMENT OF GARY BIGGERSTAFF BEING TAKEN ON FRIDAY OCTOBER 10TH, 2014 AT APPROXIMATELY 2:05P.M. THIS IS A TELEPHONE INTERVIEW BEING TAKEN BY SGT. BRIAN GRABAN PURSUANT TO AN INVESTIGATION BEING CONDUCTED PURSUANT TO CASE NUMBER 14-094.

IMPD IA2014-094 000097

Subject Name: GARY BIGGERSTAFF Case No.: 14-094 Page - 2

Q. Would you state your name and spell your last name for me please sir?

A. It's Gary Biggerstaff, B i g g e r s t a f f.

Q. Mr. Biggerstaff are you aware this conversation is being recorded?

A. Yes sir.

Q. Have I made any threats or promises to get you to speak with me?

A. No none.

Q. What is your date of birth please?

A. ~~~~~~ 1978.

Q. Okay and your home address sir?

A. 706 E. Minnesota.

Q. That's in Indianapolis?

A. Indianapolis, Indiana yes sir.

Q. And a phone number where you can be reached sir?

A. It's 480-6095.

Q. Okay and prior to starting our interview sir I explained to you the nature of my investigation is that correct?

A. Yes sir.

Q. It has to do with an incident that occurred on October 5th of this year correct?

A. Yes sir.

Q. Okay Mr. Biggerstaff tell me what your observations or what first drew your attention to this situation?

A. Well the guy I don't know his name but he was riding in the back of the truck on East Street and I believe it pulled off of Minnesota on the east side of East Street and they come I don't know the guy was going probably 40 MPH trying to throw the guy out of the back of the truck because he was the guy was beating on the top of the truck and I don't know if he slung him off on Iowa, but all I know is he-he was out of the truck when I seen him you know again and they-they just uh, going back and forth at each other and there was probably I don't know 15 people standing outside the bar. Then you know I started to walk off and then I saw the cop you know approach him and that's when I didn't videotape when the-when the cop first tased him, but as right as he tased him that's when I turned the camera on.

Q. Where were you standing while the officer had his encounter with this individual?

A. I was on the west side of East and Iowa.

Q. Okay, was the man in the truck in the back of the truck was he clothed?

A. No he was naked.

1162

IMPD IA2014-094 000098

Subject Name: GARY BIGGERSTAFF          Case No.: 14-094                    Page - 3

Q. Okay, well was he making any statements while he was in the back of that truck?

A. He was...I believe he was saying kill me.

Q. Were you familiar with this man at all?

A. No, never seen him before in my life.

Q. Okay and you say some how he came off the back of that truck correct?

A. I believe he either got thrown off, but if he got thrown off he just jumped right back up.

Q. Okay and where did that happen?

A. On the east side of East and Iowa.

Q. Okay what did the truck do after that guy got off?

A. The guy jumped out and said hey, man what the hell is your problem and that's when the guy started yelling kill me, kill me.

Q. Okay, did the driver of that truck stay around or did he leave?

A. I believe he stuck around. I seen I...I...I'm pretty sure he did stick around because I seen-I seen the truck in the parking lot at the...up there that little bar there I can't think of the name of it Friendly?

Q. Yeah.

A. Inn or something like that.

Q. You said he was beating on the truck how was he doing that?

A. With his hands he was beating on the top of the truck while they was trying to...while the guy was going down East Street from-from uh and I believe he was...I believe they I want to say he come down Minnesota, but I'm not real 100 percent sure. I just when I looked up I see him you know I seen him in the back of the truck and he was naked and I thought you know maybe it's some joke or you know some young kids or something, but you know as he-you know as he exit-as he either you know got thrown from the truck or jumped out of the truck you know I seen that he was uh, you know quite a bit older than a kid.

Q. From the time that naked man jumped off the truck till the time the police arrived how much time do you think went by?

A. Oh wow it couldn't have been more than 5 minutes.

Q. Okay.

A. What was the naked guy doing before the police got there?

A. He was uh, kind of tussling with the two guys that was in the truck.

Q. Okay, was it an all out fight were they exchanging punches, kicks?

1163

IMPD IA2014-094 000099

Subject Name: GARY BIGGERSTAFF         Case No.: 14-094                       Page - 4

A. No, no, it was uh, the guy was just running upon the-on the guy that-that the truck belonged to and then he was running back and then you know everybody, came outside of the-outside of the bar.

Q. Did you ever involve yourself with that individual; did you ever put your hands on him?

A. Oh no, no, no I had uh, I had my two dogs with me and he started to come upon me and I told him I said hey, man you know I mean you come to my house right?

Q. Uh-huh.

A. You seen my two big dogs?

Q. Right.

A. The guy wasn't going to I mean he was-he was out of his mind, but he was smart enough not to walk upon my dogs.

Q. Okay, did he say anything to you when he started walking towards you?

A. I don't believe he said anything to me, but he was screaming call the police, call the police and-and I'm sure somebody inside the bar called-called the cops as fast as they got there.

Q. Did you try and engage him in conversation at all?

A. Oh no, no.

Q. Okay.

A. I was just-I was just-I was just amazed that you know somebody would be out there like that.

Q. Okay, did you notice he was injured at all at that time?

A. I don't think so. I don't think so. I don't you know and that's why I think he was he-he may have been you know on drugs because you know he-he was in the back of the truck and I'm pretty sure that he got thrown out of the back of the truck and he-he jumped up like you know nothing –nothing even happened to him you know. I was just like wow.

Q. Okay, what happened when the first officer arrived on the scene?

A. He tried to-he tried to get into his car and the-the....I mean the cop really I don't think he might've been trained very well to deal with that type of situation because he didn't know what to do you know what I mean. He wasn't sure what to do. He wasn't sure what I mean he the guy was chasing the cop around the car like uh, you know like ring around the rosy type thing you know.

Q. Uh-huh.

A. It was just like wow and uh...

Q. So when the officer first got there did he get out of the car immediately?

A. ....oh yeah, yeah he got out of the car immediately.

Q. Okay, did he say anything to the naked guy?

IMPD IA2014-094 000100

Subject Name: GARY BIGGERSTAFF     Case No.: 14-094     Page - 5

A. He said-he said stop and then he said get on the ground and then-then the guy didn't stop and he didn't get on the ground.

Q. Okay.

A. And then uh, he tased him and the guy just I mean like it wasn't nothing just rip, rip, ripped the prongs out and uh, he started coming after him again and-and you know the guy didn't know what to do. I mean I kind of felt bad for the-for the cop, but you know he-he was-he was kind of at a lost on what he should do you know.

Q. Okay, when the officer was telling him to get on the ground was the naked guy saying anything back to the officer?

A. I believe he…I want to say he was still saying kill me.

Q. Okay, from the time the officer arrived till the time he used his taser how much time do you think went by?

A. Oh uh, it wasn't very long, it wasn't very long because he was trying to rush him. I mean he was when he pulled his taser out the guy was like he didn't even care man he just like ran upon him like it was nothing like he wasn't even saying nothing to him.

Q. So he ran right towards the officer when he pulled his taser out?

A. Yeah, he-he was-he was right there and he was heading right towards him and-and when he tased him the cop kind of went back around to the back of the car as he was tasing him. I don't know how long them-how long them tethers are or nothing, but he was probably standing four feet from me when he tased him and after he tased him I mean it was like-like I don't know like he may have missed with one or something because it didn't even really it really didn't faze the guy because he fell to the ground and then he jumped right back up.

Q. After he got up what did he do after that?

A. He started chasing the cop around his car.

Q. Okay.

A. And then the cop just didn't know what to do I mean he was going backwards and as he-as he was going back around to the side of his car to put the car in between him and the guy the guy was trying to get inside of the car you know he was trying to get inside the front doors and then get inside the back door.

Q. When did you start your video recording?

A. Right after he shot him with the taser. You know they have two different kinds of tasers you know they had one that they shoot and then they had one that was just-one that was just like a-like you have to put it to somebody you know what I mean?

Q. Yeah.

A. And when he shot him with the taser like I said it didn't even faze the guy. I mean the guy wasn't even I mean it wasn't like….it was like he may have missed one or something because it dropped him for just a I mean it couldn't have been longer than 10 seconds and he jumped right back up.

Q. And in your video I see some civilians that start to go hands on with the naked guy?

IMPD IA2014-094 000101

Subject Name: GARY BIGGERSTAFF          Case No.: 14-094          Page - 6

A. Yeah, yeah that was because-that was because it's like I said the cop I don't think he knew how to deal with you know the unstable guy. I don't think because you know I mean hell he done shot him with a taser and-and you know and he done commanded him several times to get on the ground and that's-that's uh, man it was just crazy. I couldn't believe he didn't bring his gun out and shoot the guy.

Q. Do you think it was really getting to that point it was that serious?

A. I think it was that serious. I think that if them-I think if them two guys wouldn't have been there I think that guy would've did-did a lot of damage to the one-to the one cop the young cop that was there. I really do I believe that-I believe because he I mean he was trying to hurt the guy and if them-if them other guys wouldn't have been there he would've hurt that cop he would've. I mean he you could-you could tell that he had done lost control you know that he didn't he wasn't sure what to do, what his next move should be you know.

Q. How many civilians jumped in, how many non-police people went hands on with this guy?

A. I want to say two at first and then after the cop-after the cop got there and then like I said he didn't know what to do and then the two guys come in because he was going to arrest him. I mean he was going to arrest the guy and I think I want to say 2, but there could've been 3.

Q. What kind of force did they use against the naked guy?

A. They just...the guy grabbed him and then the cop decided to put his you know decided to put the handcuffs on him and they wasn't letting them....the guy wasn't letting them put the handcuffs on him he wasn't having it and I don't know if I believe-I believe that the two guys actually punched the guy.

Q. Did you ever see any police officers punch him?

A. No I seen uh, I seen the actually the second cop got there I seen him he cracked him like I don't know 2 or 3 times with his baton, but like I said it wasn't nothing was fazing the dude.

Q. And you said that was the second officer who arrived who did that?

A. Yeah and I'm not sure of his name, but you know I've seen him around there before he's a little short guy, has a mustache I don't know his name.

Q. I know who you're talking about and do you know where he hit him with that baton?

A. I believe he hit him in the legs.

Q. Okay.

A. In the back of his legs but.

Q. How long do you think it took the officer to get handcuffs on this guy?

A. Probably from the time that the first cop pulled up.

Q. The time they went on the ground they were trying.

A. Oh from the time they was on the ground?

Q. Uh-huh.

IMPD IA2014-094 000102

Subject Name: GARY BIGGERSTAFF          Case No.: 14-094          Page - 7

A. I want to say 5 minutes, maybe 5 minutes maybe longer because I mean it went on for quite a long time.

Q. What was the naked guy doing while they were trying to handcuff him?

A. He was kicking I mean like he was laying on his belly and you could tell it was hurting it was hurting me he was just kicking the ground you know what I mean?

Q. Uh-huh.

A. Just with his only so they had him from the knees up and he was just kicking the ground bam, bam, bam just I mean I know he hurt himself.

Q. Was he saying anything while he was n the ground?

A. No, no.

Q. What were the officers saying to him?

A. They were saying stop resisting, stop resisting and he just kept resisting.

Q. How many people were on him at the very end before they just before they got him handcuffed?

A. There was 2 civilians and maybe 3 cops maybe.

Q. Okay, do you remember where those people were positioned in relationship to the naked guy?

A. On the back on his...on...they had him-they had him, they had him belly down so he wasn't going anywhere. I mean there was 4-5 guys on him so he definitely wasn't going anywhere.

Q. They were all on his back?

A. Yeah he was on his back holding his-holding his leg, holding his back, holding his arms because like I said he was I never seen anything like it man he was-he was on something had to have been.

Q. Once they got the handcuffs on what happened then?

A. I don't know-I don't know that's when-when all the police started showing up I was like man no I was out of there. My dogs was already whining and crying so I wasn't going to stick around any longer.

Q. So what was the last thing you saw?

A. The last thing I saw was when there was about 6 cars-6 cop cars coming north on East Street and I was like oh I'm out of here I wasn't involved in it and I didn't want to any trouble out of it.

Q. Is that when you stopped recording?

A. That's when I stopped recording yeah.

Q. Okay.

A. I walked home and I called my wife and I told her I said you can't even believe what I just saw. When I got home I showed it to her and she's like oh my god.

Q. Do you think the officers did anything inappropriate during this incident?

IMPD IA2014-094 000103

Subject Name: GARY BIGGERSTAFF     Case No.: 14-094     Page - 8

A.     You know I really don't and-and I believe that you know I believe that they….I believe that they probably should've-should've really probably used more force to him you know as far as you know I mean he was-he was I mean you seen him in the video he was-he was uh, you know he was coming at them like you wouldn't believe man. I mean it was I don't believe so. I don't-I don't believe that. I don't believe that they did anymore than what they had to do to him.

Q.     Mr. Biggerstaff is there anything you would like to add to your statement, anything that I haven't asked you about that you feel I need to know about regarding this investigation?

A.     I think I told you everything that I know about this situation.

Q.     Okay.

This concludes the statement of Gary Biggerstaff on 10-13-14 at 2:23p.m.