

# KEFFER BARNHART LLP

*Driven Attorneys. Experienced Litigators.*

October 18, 2016

Kathryn Box
Pamela Schneeman
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204

      RE:   *Thompson v. City of Indianapolis*
            Cause Number: 1:15-cv-01712-TWP-DML

Dear Kathryn:

      In your email sent October 13, 2016, you requested a second set of supplements to Officer Spiegl's Interrogatories Number 3, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16, asserting that they were deficient as "these questions call for specific answers as to what uses of force of each individual officer allegedly violated Mr. Heishman's constitutional rights." However, Interrogatories 13 and 14 do not relate to the Plaintiff's constitutional claims, but do relate to her state law claims. Further, the Plaintiff's constitutional claims are raised primarily under various facets of the Fourth Amendment, not only those portions relating to excessive force. I have provided second supplements to Interrogatories Number 3, 7, 9, and 14. I have not provided second supplements for Interrogatories Number 8, 10, 11, 12, 13, 15, and 16. The Plaintiff has specifically not provided a second supplement to Interrogatories Number 8, 10, 11 to the extent that they are sufficiently supplemented by the Plaintiff's second supplement to Interrogatory Number 3. The Plaintiff has not provided a second supplement to Interrogatories 12, 13, 15, and 16 to the extent that she believes them to be fully responsive to the Defendant's Interrogatories. If you have any further questions or concerns, please do not hesitate to contact my office.

Sincerely,

*/s/ Scott L. Barnhart*

Scott L. Barnhart
Keffer Barnhart LLP

SLB/bs
Enclosure

230 East Ohio St, Ste 400
Indianapolis, IN 46204
317.857.0160 office
888.857.0511 toll free
855.641.5311 fax

www.KBindy.com