
# KEFFER BARNHART LLP
*Driven Attorneys. Experienced Litigators.*

June 17, 2016

Mark Britton
709 East Morris Street, Apt B
Indianapolis, Indiana 46203
(Via Personal Service)

RE: *Thompson v. City of Indianapolis et al*
Cause Number: 1:15-cv-01712-TWP-DML

Dear Mr. Britton:

Please find the following documents enclosed:

- Notice of Taking Deposition of Mark Britton
- Plaintiff's First Request for Admissions to Defendant Mark Britton

If you have any questions or concerns, please do not hesitate to contact my office.

Sincerely,

Scott L. Barnhart
Keffer Barnhart LLP

*SLB/bs*
*Enclosure*

230 East Ohio St, Ste 400
Indianapolis, IN 46204
317.857.0160 office
888.857.0511 toll free
855.641.5311 fax

www.KBindy.com



Driven Attorneys. Experienced Litigators.

June 17, 2016

Clifford Robinson
Pamela Schneeman
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204

Mary Ruth Feldhake
Philip Zimmerly
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204

John Kautzman
Andrew Duncan
Edward Merchant
Ruckelshaus, Kautzman, Blackwell
Bemis & Hasbrook
107 North Pennsylvania Street, Suite 900
Indianapolis, Indiana 46204

RE: *Thompson v. City of Indianapolis, et al.*
Cause Number: 1:15-cv-01712-TWP-DML

Counsel:

Please find the following documents enclosed:

- Notice of Taking Deposition of Mark Britton
- Plaintiff's First Request for Admissions to Defendant Mark Britton

These documents were personally served on Mr. Britton on June 17, 2016. If you have any questions or concerns, please do not hesitate to contact my office.

Sincerely,

Scott L. Barnhart
Keffer Barnhart LLP

SLB/bs
Enclosure

230 East Ohio St, Ste 400
Indianapolis, IN 46204
317.857.0160 office
888.857.0511 toll free
855.641.5311 fax

www.KBindy.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLIE THOMPSON as Personal Representative of the ESTATE OF DUSTY HEISHMAN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF INDIANAPOLIS, INDIANAPOLIS )<br>METROPOLITAN POLICE DEPARTMENT, OFFICER )<br>BRIAN BURNETT, in his individual and official capacities)<br>OFFICER DONALD SPIEGL, in his individual and official)<br>capacities, OFFICER WILLIAM BUECKERS, in his )<br>individual and official capacities, PARK RANGER )<br>PHILLIP GREENE, in his individual and official capacities)<br>MARION COUNTY SHERIFF'S DEPARTMENT, )<br>DEPUTY BILLY JOHNSON, in his individual and official )<br>capacities, HEALTH AND HOSPTIAL CORPORATION )<br>OF MARION COUNTY, MEDIC LANCE COPE, in his )<br>individual and official capacities, MARK BRITTON, and )<br>WILLIAM PATTERSON, )<br>Defendants. ) | CASE NUMBER:<br>1:15-cv-01712-TWP-DML |

### NOTICE OF TAKING DEPOSITION

**TO:** Mark Britton
709 East Morris Street, Apt B
Indianapolis, Indiana 46203
(Via Personal Service)

Please take notice that Plaintiff's counsel will take the deposition of the following person, Mark Britton, whose address is 709 East Morris Street, Apartment B, Indianapolis, Indiana 46203. The deposition will commence at 1:30 p.m. on July 11, 2016, at the office of Keffer Barnhart LLP located at 230 East Ohio Street, Suite 400, Indianapolis, Indiana 46204 and will be continued until completed.

You are hereby notified that you may appear and take such part in this deposition as you deem advisable.

Dated this 17th day of June, 2016.

_____
Scott L. Barnhart, #25474-82
Keffer Barnhart LLP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties of record this 17th day of June, 2016, via U.S. mail, postage prepaid and/or personal service:

Clifford Robinson
Pamela Schneeman
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204

Mary Ruth Feldhake
Philip Zimmerly
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204

Mark Britton
1033 East Washington Street
Indianapolis, Indiana 46202

Mark Britton
709 East Morris Street, Apt B
Indianapolis, Indiana 46203

Keffer Barnhart LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204

John Kautzman
Andrew Duncan
Edward Merchant
Ruckelshaus, Kautzman, Blackwell
Bemis & Hasbrook
107 North Pennsylvania Street, Suite 900
Indianapolis, Indiana 46204

Mark Britton
1738 Thaddeus Street
Indianapolis, Indiana 46203

_____
Scott L. Barnhart 25474-82

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLIE THOMPSON as Personal Representative of the ESTATE OF DUSTY HEISHMAN<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF INDIANAPOLIS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, OFFICER BRIAN BURNETT, in his individual and official capacities, OFFICER DONALD SPIEGL, in his individual and official capacities, OFFICER WILLIAM BUECKERS, in his individual and official capacities, PARK RANGER PHILLIP GREENE, in his individual and official capacities, MARION COUNTY SHERIFF'S DEPARTMENT, DEPUTY BILLY JOHNSON, in his individual and official capacities, HEALTH AND HOSPTIAL CORPORATION OF MARION COUNTY, MEDIC LANCE COPE, in his individual and official capacities, MARK BRITTON, and WILLIAM PATTERSON,<br><br>Defendants. | CASE NUMBER:<br>1:15-cv-01712-TWP-DML |

## SUBPOENA

Pursuant to F.R.C.P. 45(b) You are hereby commanded:   Mark Britton
709 East Morris Street, Apt B
Indianapolis, Indiana 46203
(Via Personal Service)

To personally appear on the 11th day of July, 2016, at 1:30 p.m. at the office of Keffer Barnhart LLP, located at 230 East Ohio Street, Suite 400, Indianapolis, Indiana 46204, then and there to testify on behalf of the Plaintiff in a certain case pending in said Court, wherein Billie Thompson is the plaintiff, and the above-captioned parties are defendants, and have you then and there this writ.

WITNESS, this 17th day of June, 2016.

_Scott L. Barnhart_
Scott L. Barnhart, Attorney of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLIE THOMPSON as Personal Representative of the ESTATE OF DUSTY HEISHMAN<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF INDIANAPOLIS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, OFFICER BRIAN BURNETT, in his individual and official capacities, OFFICER DONALD SPIEGL, in his individual and official capacities, OFFICER WILLIAM BUECKERS, in his individual and official capacities, PARK RANGER PHILLIP GREENE, in his individual and official capacities, MARION COUNTY SHERIFF'S DEPARTMENT, DEPUTY BILLY JOHNSON, in his individual and official capacities, HEALTH AND HOSPTIAL CORPORATION OF MARION COUNTY, MEDIC LANCE COPE, in his individual and official capacities, MARK BRITTON, and WILLIAM PATTERSON,<br><br>Defendants. | CASE NUMBER:<br>1:15-cv-01712-TWP-DML |

## PLANTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT MARK BRITTON

Pursuant to Federal Rules of Civil Procedure 26 and 36, Plaintiff, Billie Thompson as Personal Representative, by and through counsel of record, Scott L. Barnhart of Keffer Barnhart LLP, requests the Defendant Mark Britton to admit the truth of the matters itemized below on or before close of business thirty (30) days after service to the office of Keffer Barnhart LLP located at 230 East Ohio Street, Suite 400, Indianapolis, Indiana 46204.

### INSTRUCTIONS

a) The following are permissible responses to the requests:

    a. Affirm;

    b. Deny;

c. Object, with reasoning included.

b) Pursuant to Federal Rule of Civil Procedure 36, if you believe the matter for which an admission has been requested presents a genuine issue for trial, you may not on that ground alone object to the request.

c) Pursuant to Federal Rule of Civil Procedure 36, you may set forth reasons why you cannot admit or deny a request.

d) Pursuant to Federal Rule of Civil Procedure 36, if you fail to admit the genuineness of any document or the truth of any matter as requested, when there is no good reason for your failure to admit or when you have no reasonable ground to believe that you might prevail on the matter, which in turn requires the requesting party to prove the genuineness of the document or the truth of the matter, the requesting party may apply to the court for an order requiring you to pay reasonable expenses incurred in making that proof, including reasonable attorney's fees.

## DEFINITIONS

a) The term "person" as used herein includes the plural, as well as in the singular, any individual, firm, corporation, partnership, association, and any other kind of business or legal entity.

b) The term "Plaintiff" as used herein refers to the Plaintiff, Billie Thompson, or any person acting as her agent or otherwise on her behalf.

c) The term "Defendant" as used herein refers to the Defendant, Mark Britton, or any person acting as his agent or otherwise on his behalf.

d) The terms "you" and "your" as used herein refers to Defendant as defined above.

e) The term "Lawsuit" and "Suit" as used herein refers to the matter under cause number 1:15-cv-01712.

## REQUESTS FOR ADMISSIONS

**Request Number 1:**

You were at Friendly Inn Saloon, which is a bar, at or in the vicinity of the 1700 Block of South East Street, on or about October 5, 2014, and/or October 6, 2014.

Admit: _____
Deny: _____
Object: _____

**Request Number 2:**

You consumed alcohol, while at the bar, on or about October 5, 2014, and/or October 6, 2014.

Admit: _____
Deny: _____
Object: _____

**Request Number 3:**

You were intoxicated when you interacted with law enforcement and Dusty Heishman on or about October 5, 2014, and/or October 6, 2014.

Admit: _____
Deny: _____
Object: _____

**Request Number 4**:

On or about October 5, 2014, and/or October 6, 2014, you observed IMPD Officer Brian Burnett and/or a law enforcement officer or officers attempt to arrest Dusty Heishman.

    Admit: _____
    Deny: _____
    Object: _____

**Request Number 5**:

On or about October 5, 2014, and/or October 6, 2014, you observed Dusty Heishman put his hands in the air, with open palms, lay down on the ground, and place his hands behind his back.

    Admit: _____
    Deny: _____
    Object: _____

**Request Number 6**:

On or about October 5, 2014, and/or October 6, 2014, you observed IMPD Officer Brian Burnett allow Mr. Heishman to get up on his knees and walk away from the officer.

    Admit: _____
    Deny: _____
    Object: _____

**Request Number 7**:

On or about October 5, 2014, and/or October 6, 2014, you observed IMPD Officer Brian Burnett and/or a law enforcement officer or officers knee Dusty Heishman in the chest.

    Admit: _____
    Deny: _____
    Object: _____

### Request Number 8:

On or about October 5, 2014, and/or October 6, 2014, Dusty Heishman was naked and unarmed.

    Admit: _____
    Deny: _____
    Object: _____

### Request Number 9:

IMPD Officer Brian Burnett and/or a law enforcement officer or officers requested for you and William Patterson to assist in placing Dusty Heishman into custody.

    Admit: _____
    Deny: _____
    Object: _____

### Request Number 10:

On or about October 5, 2014, and/or October 6, 2014, IMPD Officer Brian Burnett was aware that William Patterson and I were patrons in the bar.

    Admit: _____
    Deny: _____
    Object: _____

### Request Number 11:

Officer Burnett and/or other law enforcement officers were aware that I had consumed alcohol that evening.

    Admit: _____
    Deny: _____
    Object: _____

**Request Number 12:**

On or about October 5, 2014, and/or October 6, 2014, William Patterson and I, at the direction of law enforcement, physically pulled and/or dragged Dusty Heishman to the area of the street where IMPD Officer Brian Burnett had parked his vehicle.

 Admit: _____
 Deny: _____
 Object: _____

**Request Number 13:**

On or about October 5, 2014, and/or October 6, 2014, at the direction of law enforcement, you took and/or assisted in taking Dusty Heishman to the ground.

 Admit: _____
 Deny: _____
 Object: _____

**Request Number 14:**

On or about October 5, 2014, and/or October 6, 2014, you observed William Patterson strike Dusty Heishman in the back multiple times at the direction of law enforcement.

 Admit: _____
 Deny: _____
 Object: _____

**Request Number 15:**

On or about October 5, 2014, and/or October 6, 2014, at the direction of law enforcement, you struck Dusty Heishman in the face multiple times.

 Admit: _____
 Deny: _____
 Object: _____

**Request Number 16**:

On or about October 5, 2014, and/or October 6, 2014, you observed IMPD Officer Brian Burnett and/or a law enforcement officer or officers tase Dusty Heishman.

Admit: _____
Deny: _____
Object: _____

**Request Number 17**:

You did not know IMPD Officer Brian Burnett prior to October 5, 2014, and/or October 6, 2014.

Admit: _____
Deny: _____
Object: _____

**Response Number 18**:

You did not have any law enforcement training or experience on October 5, 2014, and/or October 6, 2014.

Admit: _____
Deny: _____
Object: _____

**Response Number 19**:

IMPD Officer Brian Burnett observed and authorized you and William Patterson to physically assault and attack Dusty Heishman.

Admit: _____
Deny: _____
Object: _____

**Request Number 20**:

You believe you were clothed with the authority of state law and therefore authorized to strike Dusty Heishman on or about October 5, 2014, and/or October 6, 2014, because you had been given permission and authority to do so by IMPD Officer Brian Burnett or other law enforcement officer or officers, who were acting under the color of state law.

    Admit: _____
    Deny: _____
    Object: _____

**Request Number 21**:

You observed IMPD Officer Donald Spiegl and Park Ranger Phillip Greene hit or strike Dusty Heishman on or about October 5, 2014, and/or October 6, 2014.

    Admit: _____
    Deny: _____
    Object: _____

**Request Number 22**:

You were awarded a Certificate of Appreciation by Indianapolis Metropolitan Police Chief Rick Hite, for your actions on or about October 5, 2014, and/or October 6, 2014.

    Admit: _____
    Deny: _____
    Object: _____

Respectfully Submitted,

*Scott L. Barnhart*
Scott L. Barnhart 25474-82
Brooke Smith, #32427-03
Keffer Barnhart LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following parties of record this 17th day of June, 2016, via U.S. mail, postage prepaid and/or personal service:

Clifford Robinson
Pamela Schneeman
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204

Mary Ruth Feldhake
Philip Zimmerly
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204

Mark Britton
1033 East Washington Street
Indianapolis, Indiana 46202

Mark Britton
709 East Morris Street, Apt B
Indianapolis, Indiana 46203

John Kautzman
Andrew Duncan
Edward Merchant
Ruckelshaus, Kautzman, Blackwell
Bemis & Hasbrook
107 North Pennsylvania Street, Suite 900
Indianapolis, Indiana 46204

Mark Britton
1738 Thaddeus Street
Indianapolis, Indiana 46203

_____
Scott L. Barnhart 25474-82

Keffer Barnhart LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204